IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No:_____

Ta-Sha Lavonne Hester,
in her private capacity as executrix and trustee
of the TA-SHA LAVONNE HESTER™ Ecclesiastical trust,
Plaintiff and Equitable Petitioner,

## AFFIDAVIT IN SUPPORT OF VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

BEFORE ME, the undersigned authority, personally appeared Ta-Sha Lavonne Hester, who being duly sworn, deposes and says as follows:

1. I am the duly appointed and recorded Trustee and Executrix of the TA-SHA LAVONNE HESTER™ Ecclesiastical Trust (the "Trust"), lawfully established and operating under Florida Statutes Chapter 736 – Florida Trust Code.

2. I submit this Affidavit in support of the Verified Complaint filed contemporaneously herewith. I have personal knowledge of the facts stated herein, and if called to testify, I would and could testify competently to the same.

3. The Trust has a vested beneficial and administrative interest in the legal estate captioned under the name TA-SHA LAVONNE HESTER, which is also a federally registered service mark (USPTO Reg. No. 7,664,417) and recorded intellectual property (CBP TMK No. 25-04313).

4. On 04/09/2025, I filed a Notice of Trust and related documentation with the Court, asserting lawful fiduciary control over the estate assets. No Letters of Administration are required for private trust administration under Florida Statutes § 736.0701 and § 736.0816.

5. Subsequent judicial interference, including denial of filings and orders purporting to limit my fiduciary access to the record, constitute obstruction and impairment of trust administration under color of law.

6. Without relief from this Court, the Trust and its beneficiaries will suffer irreparable harm, including loss of estate assets, breach of fiduciary duty, and deprivation of rights secured under Florida Trust Code and trust contract.

WHEREFORE, I respectfully request that this Honorable Court grant the relief requested in the Verified Complaint.

FURTHER AFFIANT SAYETH NAUGHT.

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

*By: [signed] Ta-Sha Lavonne Hester*
Ta-Sha Lavonne Hester
Trustee, TA-SHA LAVONNE HESTER ECCLESTICAL Trust

STATE OF FLORIDA
COUNTY OF Orange

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 1st day of July, 2025, by Ta-Sha Lavonne Hester, who is personally known to me or has produced H236812657700 as identification.

[signed] Sherie Rogers
Notary Public
Print Name: Sherie Rogers
Commission No.: HH 263846
My Commission Expires: 5-11-2026

Notary Public State of Florida
Sherie Rogers
My Commission
HH 263846
Exp. 5/11/2026