IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

TA-SHA LAVONNE HESTER, by
And through TA-SHA LOVONNE,
Trustee and Executrix,

    Plaintiff,

v.                                      Case No.: 2025-CA-006216-O
                                            DIVISION: CIVIL – Equity

FLORIDA DEPARTMENT of VITAL
STATISTICS, SOCIAL SECURITY
ADMINISTRATION, INTERNAL
REVENUE SERVICE, FLORIDA
HIGHWAY SAFETY and MOTOR
VEHICLES, U.S. DEPARTMENT of the
TREASURY, ORANGE COUNTY
COMPTROLLER, FLORIDA
DEPARTMENT OF FINANCIAL
SERVICES, DEPARTMENT of
EDUCATION, U.S. ARMY,
DEPOSITORY TRUST and CLEARING
CORPORATION, GENERAL SERVICES
ADMINISTRATION, BUREAU of the
FISCAL SERVICES and the  MAJOR
CREDIT BUREAUS including EXPERIAN,
EQUIFAX, and TRANSUNION,

    Defendants.
_____/

**TO:  CLERK OF THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, ORANGE COUNTY, FLORIDA**

Please take notice that on September 4, 2025, Federal Defendants, the Bureau of the Fiscal Service, Department of Education, Department of the Treasury, General Services Administration, Internal Revenue Service, Social Security Administration, and the U.S. Army, filed a Notice of Removal of the above action in the Office of the

Clerk of the United States District Court for the Middle District of Florida. A copy of the Notice is attached hereto and is being filed with the Clerk of the Circuit Court of the Ninth Judicial Circuit, Orange County, Florida. Pursuant to 28 U.S.C. §§ 1446(d), this filing effectively removes this action to federal court and the state court is without jurisdiction to proceed unless the action is remanded.

Dated: September 4, 2025                    Respectfully submitted,

                                            GREGORY W. KEHOE
                                            United States Attorney

                        By:    /s/ Phillip R.S. Ragler
                                            PHILLIP R.S. RAGLER
                                            Assistant United States Attorney
                                            USAO No. 181
                                            400 W. Washington St., Ste., 3100
                                            Orlando, FL 32801
                                            Telephone: (407) 648-7500
                                            Fax: (407) 648-7588
                                            Email: phillip.ragler@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I further certify that on the next day a copy of the foregoing document and notice of electronic filing was furnished by U.S. mail to the following non-CM/ECF participant:

Ta-Sha Lavonne Hester
9048 Summit Centre Way Apt. 108
Orlando, FL 32810

                                    /s/ Phillip R.S. Ragler
                                    Assistant United States Attorney