9/4/25, 2:47 PM                                    Comprehensive Case Information System

 

Krystal.Carper@usdoj.gov

Expand All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|---|
| 482025CA006216A001OX [2025-CA-006216-O] | 07/01/2025 | | ORANGE | CA - Trust Litigation | Pending | No | No |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| CALDERON, LUIS FERNANDO | JUDGE | | |
| TA SHA LAVONNE HESTER  Search This Party | PLAINTIFF | | |
| FLORIDA DEPARTMENT OF VITAL ST  Search This Party | DEFENDANT | | |
| SOCIAL SECURITY ADMINISTRATION  Search This Party | DEFENDANT | | |
| U.S. DEPARTMENT OF THE TREASU  Search This Party | DEFENDANT | | |
| ORANGE COUNTY COMPTROLLER  Search This Party | DEFENDANT | | |
| DEPARTMENT OF EDUCATION,  Search This Party | DEFENDANT | | |
| U.S. ARMY,  Search This Party | DEFENDANT | | |
| DTCC,  Search This Party | DEFENDANT | | |
| GSA  Search This Party | DEFENDANT | | |

**Dockets**

Page : 1          ALL

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 60 | 09/02/2025 | HEARING - Motion - Calderon, Luis F (Actual: Calderon, Luis F) | |
| 📄 | 59 | 09/02/2025 | Court Minutes | 2 |
| 📄 | 58 | 09/02/2025 | Motion to Dismiss AMENDED COMPLAINT | 5 |
| 📄 | 57 | 09/02/2025 | Motion and Entry of Clerk Default Emailed | 2 |
| 📄 | 56 | 09/02/2025 | Motion for Default | 2 |
| 📄 | 55 | 09/02/2025 | Copy or Copies of Default | 2 |
| 📄 | 54 | 09/01/2025 | Petition or Motion to Strike DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF REAL PARTY IN INTEREST APPEARANCE-SENT TO JUDGE | 2 |
| 📄 | 53 | 08/25/2025 | Motion to Dismiss THE COMPLAINT | 4 |
| 📄 | 52 | 08/19/2025 | Notice of Hearing 9/2/2025 @ 2:00 p.m. | 1 |
| 📄 | 51 | 08/14/2025 | Petition or Motion to Strike Affirmative Defense | 3 |
| 📄 | 50 | 08/14/2025 | Affidavit in Support | 19 |
| 📄 | 49 | 08/14/2025 | Affidavit OF TRUTH AND REBUTTAL TO DEFENDANT ANSWER AND AFFIRMATIVE DEFENSE | 19 |
| 📄 | 48 | 08/13/2025 | Answer & Affirmative Defenses The State of Florida, Department of Health, Bureau of Vital Statistics | 2 |
| 📄 | 47 | 08/11/2025 | Certificate of Service | 5 |
| 📄 | 46 | 08/05/2025 | Summons Issued Electronically as to EM ATTY | 1 |
| 📄 | 45 | 08/05/2025 | Summons Issued Electronically as to EM ATTY | 1 |
| 📄 | 44 | 08/05/2025 | Summons Issued Electronically as to EM ATTY | 1 |
| 📄 | 43 | 08/05/2025 | Summons Issued Electronically as to EM ATTY | 1 |
| 📄 | 42 | 08/05/2025 | Summons Issued Electronically as to EM ATTY | 1 |
| 📄 | 41 | 08/05/2025 | Summons Issued Electronically as to EM ATTY | 1 |
| 📄 | 40 | 08/05/2025 | Summons Issued Electronically as to EM ATTY | 1 |
| 📄 | 39 | 08/05/2025 | Summons Issued Electronically as to EM ATTY | 1 |
| 📄 | 38 | 08/05/2025 | Summons Issued Electronically as to EM ATTY | 1 |
| 📄 | 37 | 08/05/2025 | Summons Issued Electronically as to EM ATTY | 1 |
| 📄 | 36 | 08/05/2025 | Summons Issued Electronically as to EM ATTY | 1 |
| 📄 | 35 | 08/05/2025 | Summons Issued Electronically as to EM ATTY | 1 |
| 📄 | 34 | 08/05/2025 | Summons Issued Electronically as to EM ATTY | 1 |
| 📄 | 33 | 08/05/2025 | Summons Issued Electronically as to EM ATTY | 1 |
| 📄 | 32 | 08/05/2025 | Summons Issued Electronically as to EM ATTY | 1 |
| | 31 | 08/04/2025 | Service Document Unable to be Issued The proposed summonses does not have name of other defendants in the heading of the proposed summons. | |
| | 30 | 08/04/2025 | Service Document Unable to be Issued DEFENDANTS NAME DOES NOT MATCH PER AMENDED COMPLAINT AND DOC SHOULD BE SUBMITTED SEPERATELY | |
| | 29 | 08/04/2025 | Service Document Unable to be Issued DEFENDANT NAME IS NOT MATCHING AS PER THE COMPLAINT | |
| 📄 | 28 | 08/04/2025 | Clerks Determination for Indigency is Approved INDIGENT | 2 |
| 📄 | 27 | 08/01/2025 | Application for Insolvency and Indigency For Clerk Review | 2 |
| 📄 | 26 | 08/01/2025 | Notice of Filing Note | 1 |
| 📄 | 25 | 08/01/2025 | Court Minutes | 2 |
| 📄 | 24 | 08/01/2025 | Letter FROM PLAINTIFF, TA SHA LAVONNE HESTER | 1 |
| | 23 | 08/01/2025 | HEARING - Summary Judgment - Calderon, Luis F (Actual: Calderon, Luis F) | |
| 📄 | 22 | 08/01/2025 | Amended Complaint | 3 |
| 📄 | 21 | 07/31/2025 | Application for Insolvency and Indigency For Clerk Review | 2 |

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| 📄 | 20 | 07/31/2025 | Memorandum | 2 |
| 📄 | 19 | 07/31/2025 | Clerks Determination for Indigency is Approved emailed pro-se- INDIGENT | 2 |
| 📄 | 18 | 07/30/2025 | Petition VERIFIED PETITION FOR EQUITABLE LIQUIDATION OF CONSTRUCTIVE TRUST ESTATE | 2 |
| 📄 | 17 | 07/30/2025 | Notice of Filing VERIFIED PETITION AND PROPOSED ORDER | 1 |
| 📄 | 16 | 07/30/2025 | Affidavit OF TRUSTEE CAPACITY | 2 |
| 📄 | 15 | 07/24/2025 | Certificate of Service | 32 |
| 📄 | 14 | 07/15/2025 | Order Denying Affidavit of Trustee's Emergency Motion for Injunctive Relief as an Emergency and Setting in-Person Hearing- 8/1/2025 at 11:45am | 3 |
| 📄 | 13 | 07/14/2025 | Affidavit 2025-CA-006216-O | 5 |
| 📄 | 12 | 07/14/2025 | Affidavit ELECTRONIC DOCUMENT CERTIFICATION | 3 |
| 📄 | 11 | 07/14/2025 | Affidavit ELECTRONIC DOCUMENT CERTIFICATION | 3 |
| 📄 | 10 | 07/14/2025 | Affidavit ELECTRONIC DOCUMENT CERTIFICATION | 3 |
| 📄 | 9 | 07/13/2025 | Affidavit of Compliance | 4 |
| 📄 | 8 | 07/02/2025 | Uniform Order Setting Case for Non-Jury/Pretrial-Streamlined | 10 |
| 📄 | 7 | 07/01/2025 | Motion | 2 |
| 📄 | 6 | 07/01/2025 | Motion for Hearing | 2 |
| 📄 | 5 | 07/01/2025 | Directions to Clerk | 2 |
| 📄 | 4 | 07/01/2025 | Certificate of Exhibits | 15 |
| 📄 | 3 | 07/01/2025 | Complaint | 2 |
| 📄 | 2 | 07/01/2025 | Civil Cover Sheet | 3 |
|  | 1 | 07/01/2025 | Case Initiated |  |

**Judge Assignment History**

**Court Events**

**Warrants / Capias / Summons**

**Financial Summary**

**Reopen History**