# State of Georgia



### COUNTY OF JACKSON
### OFFICE OF THE CLERK OF SUPERIOR COURT

## ELECTRONIC DOCUMENT CERTIFICATION

| Certification Date: | 07/10/25 | Book Reference: | PB 116D PGS 1-2 |
| --- | --- | --- | --- |
| Authentication Code: | GXKDZ-A3TE8-AQLH | Number of Pages: | 2 |

I, **Camie W. Thomas**, Clerk of Superior Court, or Deputy Clerk specified below, hereby certify that the attached page(s)  is/are a true and correct copy of the document(s) enumerated herein, and that said document(s)  are on file as a part of the official records of this office, of which I am the official custodian, as authorized by Georgia law. Witness my hand and official seal of this office on the date written.



**Official Seal of Clerk**

*Camie W. Thomas*
**Camie W. Thomas, Clerk**

Dianna Horne
Prepared by:

---

### INSTRUCTIONS FOR AUTHENTICATING THIS CERTIFICATION

This electronically certified record can be authenticated as having been duly certified by the issuing officer by accessing the link below:

https://ecert.gsccca.org/document/GXKDZ-A3TE8-AQLH

Authentication of a certified document is a multiple step process. Instructions for authenticating a certified document can be found at the link below:

https://ecert.gsccca.org/authenticationinstructions



AUTHENTICATION CODE LISTED ON EACH CERTIFIED PAGE

Jackson County Superior Court Certified Document GXKDZ-A3TE8-AQLH Page 1 of 2

**RECORDING REQUESTED BY:**

**TA-SHA LAVONNE HESTER©®**

**RETURN TO:**

**TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST©℠™**

**c/o Ta-Sha Lavonne Hester©®, Executrix & Trustee Absolute**

**Post Office Box 44**

**Pendergrass, Georgia Republic [DMM 602 1.3e (2)]**

**United States of America [Non-Domestic, Non-Person]**

Deed Doc: MISC
Recorded 07/08/2025 02:30PM
Camie W. Thomas
Clerk Superior Court, JACKSON County, Ga.
Bk 0116D Pg 0001-0002

Penalty: $0.00
Interest: $0.00

Date Recorded: Tuesday, July 08, 2025    Above space provided for Recorder's use only

## CLERK OF COURT COVER LETTER
## BY EXECUTRIX OF PRIVATE ESTATE:

### *TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST©™*

| Land | of | North America | ) |
|---|---|---|---|
| Republic | of | Georgia | ) S.S. |
| County | of | Jackson | ) |

### Document Title: Affidavit Termination of Power of Attorney
#### Prepared By: Ta-Sha Lavonne Hester©®
#### Estate of Ta-Sha Lavonne Hester©℠™

This Declaration of Status is made in good faith, for lawful purposes, and is declared to be true, correct, and complete to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

Executed this 8th day of July 2025, in Jackson County, Georgia.

*Hester, Ta-Sha-Lavonne*

**Ta-Sha Lavonne Hester©®,** *Executrix & Trustee Absolute*
*Estate of Ta-Sha Lavonne Hester*
Affiant

Witness 1

Witness 2

#### Without Recourse | Without Prejudice | All Rights Reserved
#### NOTARY

Before Me, on this **8th day of July 2025,** Anno Domini, as Spirit and Sole Possessor of One's mortal vessel, **Ta-Sha Lavonne Hester©®** personally known to me to be the natural, living woman described herein, whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on this instrument executed the instrument.

Witness my hand and official seal:



_____
Notary Public Signature

**Sherie Rogers**
Notary Public Printed Name

My Commission Expires: **May 11, 2026**

Bk 0116D Pg 00002

This Document Prepared by:
Ta-Sha Lavonne Hester, Excutrix
TA-SHA LAVONNE HESTER Estate
5178 Stone Harbour Rd
Orlando, Florida 33808-1650

After Recording Return to:
Ta-Sha Lavonne Hester, Trustee
TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST
General Post office
P.O. Box 680765
Orlando Florida 32868-9998

## Affidavit Termination of Power of Attorney

I, Ta-Sha Lavonne Hester, the living woman and Beneficial Heir to the
Estate known as TA-SHA LAVONNE HESTER, do hereby affirm under
penalty of perjury that I have terminated any and all assumed, imposed, or
executed Powers of Attorney over the aforementioned Estate. This
includes all federal, state, and private entities who may have presumed
legal authority over my trust estate, name, likeness, securities, or
identifying numbers. I return Power of Authority to myself as Executrix,
retaining all rights, titles, and interests without waiving any immunities or
protections.

FURTHER AFFIANT SAYETH NAUGHT.

Executed on this 03 day of July 2025

By _Hester Ta-Sha Hester_

Ta-Sha Lavonne Hester, Executrix and Trustee

STATE OF FLORIDA )
COUNTY OF ORANGE )

Sworn to and subscribed before me this _3rd_ day of _July_____, 20__, by Ta-Sha Lavonne
Hester, Executrix and Trustee, who is personally known to me or who has produced
_H236126577D_____ as identification.

_Sherie Rogers_
Notary Public

Notary Public State of Florida
Sherie Rogers
My Commission
HH 263846
Exp. 5/11/2026

# State of Georgia



## COUNTY OF JACKSON
## OFFICE OF THE CLERK OF SUPERIOR COURT

### ELECTRONIC DOCUMENT CERTIFICATION

| | | | |
|---|---|---|---|
| **Certification Date:** | 07/10/25 | **Book Reference:** | PB 116C PGS 775-776 |
| **Authentication Code:** | A9G59-FSC8K-WHP4 | **Number of Pages:** | 2 |

I, **Camie W. Thomas**, Clerk of Superior Court, or Deputy Clerk specified below, hereby certify that the attached page(s)   is/are a true and correct copy of the document(s) enumerated herein, and that said document(s)   are on file as a part of the official records of this office, of which I am the official custodian, as authorized by Georgia law. Witness my hand and official seal of this office on the date written.



**Official Seal of Clerk**

_Camie W. Thomas_
**Camie W. Thomas, Clerk**

Dianna Horne
Prepared by:

---

### INSTRUCTIONS FOR AUTHENTICATING THIS CERTIFICATION

This electronically certified record can be authenticated as having been duly certified by the issuing officer by accessing the link below:

https://ecert.gsccca.org/document/A9G59-FSC8K-WHP4

Authentication of a certified document is a multiple step process. Instructions for authenticating a certified document can be found at the link below:

https://ecert.gsccca.org/authenticationinstructions



AUTHENTICATION CODE LISTED ON EACH CERTIFIED PAGE

**RECORDING REQUESTED BY:**

**TA-SHA LAVONNE HESTER©®**

**RETURN TO:**

**TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST©℠™**

**c/o Ta-Sha Lavonne Hester©®, Executrix & Trustee Absolute**

**Post Office Box 44**

**Pendergrass, Georgia Republic [DMM 602 1.3e (2)]**

**United States of America [Non-Domestic, Non-Person]**

Deed Doc: MISC
Recorded 07/08/2025 02:12PM
Camie W. Thomas
Clerk Superior Court, JACKSON County,
Ga.
Bk 0116C Pg 0775-0776

Penalty: $0.00
Interest: $0.00

**Date Recorded: Tuesday, July 08, 2025**            **Above space provided for Recorder's use only**

## CLERK OF COURT COVER LETTER
## BY EXECUTRIX OF PRIVATE ESTATE:

*TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST©™*

| Land | of | North America | ) |
|------|----|----|----|
| Republic | of | Georgia | ) S.S. |
| County | of | Jackson | ) |

## Document Title: Affidavit of Rescission of Contractual Agreements
### Prepared By: Ta-Sha Lavonne Hester©®
### Estate of Ta-Sha Lavonne Hester©℠™

This Declaration of Status is made in good faith, for lawful purposes, and is declared to be true, correct, and complete to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

Executed this 8th day of July 2025, in Jackson County, Georgia.

*Hester, Ta-Sha- Lavonne*



**Ta-Sha Lavonne Hester©®,** *Executrix & Trustee Absolute*
*Estate of Ta-Sha Lavonne Hester*
Affiant

Witness 1

Witness 2

### Without Recourse | Without Prejudice | All Rights Reserved
### NOTARY

Before Me, on this 8th day of July 2025, Anno Domini, as Spirit and Sole Possessor of One's mortal vessel, **Ta-Sha Lavonne Hester©®** personally known to me to be the natural, living woman described herein, whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on this instrument executed the instrument.

Witness my hand and official seal:

_____

Notary Public Signature

**Sherie Rogers**
Notary Public Printed Name

My Commission Expires: **May 11, 2026**

*Notary Public State of Florida*
*Sherie Rogers*
*My Commission*
*HH 263648*
*Exp. 5/11/2026*

*Sherie Rogers*

CLERK OF COURT LIS PENDENS COVER LETTER FROM EXECUTRIX ABSOLUTE FOR *TA-SHA LAVONNE HESTER LEGACY* PRIVATE ESTATE©℠™
PROPERTY ADDRESS: 973 BEARDED OAKS TER, LONGWOOD, FL 32779                                          PAGE 1 OF 1

Bk 0116C Pg 00776

This Document Prepared by:
Ta-Sha Lavonne Hester, Excutrix
TA-SHA LAVONNE HESTER Estate
5178 Stone Harbour Rd
Orlando, Florida 33808-1650

After Recording Return to: ,
Ta-Sha Lavonne Hester, Trustee
TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST
General Post office
P.O. Box 680765
Orlando Florida 32868-9998

## Affidavit of Rescission of Contractual Agreements

I hereby rescind and revoke, nunc pro tunc, all presumed contracts,
consents, or agreements entered into by or on behalf of the TA-SHA
LAVONNE HESTER Estate without full knowledge, voluntary intent, or full
disclosure. This includes any contractual classifications as a "U.S. citizen,"
"resident," "taxpayer," "vessel," or "person." I do not consent to any foreign
corporate jurisdiction over my natural born estate, and I return to the
lawful status of one of the people, under divine law and constitutional
guarantees.

FURTHER AFFIANT SAYETH NAUGHT.

Executed on this 03 day of July 2025

Ta-Sha Lavonne Hester, Executrix and Trustee

STATE OF FLORIDA )
COUNTY OF ORANGE )

Sworn to and subscribed before me this 3ʳᵈ day of July , 20__, by Ta-Sha Lavonne
Hester, Executrix and Trustee, who is personally known to me or who has produced
H236312857 7 0 as identification.

Notary Public

# State of Georgia



## COUNTY OF JACKSON
## OFFICE OF THE CLERK OF SUPERIOR COURT

## ELECTRONIC DOCUMENT CERTIFICATION

| | | | |
|---|---|---|---|
| **Certification Date:** | 07/10/25 | **Book Reference:** | PB 116C PGS 777-780 |
| **Authentication Code:** | FFF7M-CPRCP-Q564 | **Number of Pages:** | 4 |

I, **Camie W. Thomas**, Clerk of Superior Court, or Deputy Clerk specified below, hereby certify that the attached page(s)   is/are a true and correct copy of the document(s) enumerated herein, and that said document(s)   are on file as a part of the official records of this office, of which I am the official custodian, as authorized by Georgia law. Witness my hand and official seal of this office on the date written.



**Official Seal of Clerk**

*Camie W. Thomas*
**Camie W. Thomas, Clerk**

Dianna Horne
Prepared by:

---

### INSTRUCTIONS FOR AUTHENTICATING THIS CERTIFICATION

This electronically certified record can be authenticated as having been duly certified by the issuing officer by accessing the link below:

https://ecert.gsccca.org/document/FFF7M-CPRCP-Q564

Authentication of a certified document is a multiple step process. Instructions for authenticating a certified document can be found at the link below:

https://ecert.gsccca.org/authenticationinstructions



AUTHENTICATION CODE LISTED ON EACH CERTIFIED PAGE

**RECORDING REQUESTED BY:**

**TA-SHA LAVONNE HESTER©®**

**RETURN TO:**

**TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST©℠™**

**c/o Ta-Sha Lavonne Hester©®, Executrix & Trustee Absolute**
**Post Office Box 44**
**Pendergrass, Georgia Republic [DMM 602 1.3e (2)]**
**United States of America [Non-Domestic, Non-Person]**

Deed Doc: MISC
Recorded 07/08/2025 02:18PM
Camie W. Thomas
Clerk Superior Court, JACKSON County, Ga.
Bk 0116C Pg 0777-0780

Penalty: $0.00
Interest: $0.00

---

Date Recorded: Tuesday, July 08, 2025          Above space provided for Recorder's use only

## CLERK OF COURT COVER LETTER
## BY EXECUTRIX OF PRIVATE ESTATE:

### *TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST©™*

| | | | |
|---|---|---|---|
| Land | of | North America | ) |
| Republic | of | Georgia | ) S.S. |
| County | of | Jackson | ) |

## Document Title: Affidavit of Appointment of Fiduciaries
### Prepared By: Ta-Sha Lavonne Hester©®
### Estate of Ta-Sha Lavonne Hester©℠™

This Declaration of Status is made in good faith, for lawful purposes, and is declared to be true, correct, and complete to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

Executed this **8th day of July 2025**, in Jackson County, Georgia.

*Hester Ta-Sha Lavonne*

**Ta-Sha Lavonne Hester©®,** *Executrix & Trustee Absolute*
*Estate of Ta-Sha Lavonne Hester*
Affiant:

_____
Witness 1

_____
Witness 2



### Without Recourse | Without Prejudice | All Rights Reserved
### NOTARY

Before Me, on this **8th day of July 2025,** Anno Domini, as Spirit and Sole Possessor of One's mortal vessel, **Ta-Sha Lavonne Hester©®** personally known to me to be the natural, living woman described herein, whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on this instrument executed the instrument.

Witness my hand and official seal:



_____          *Sherie Rogers*
Notary Public Signature

**Sherie Rogers**
Notary Public Printed Name

My Commission Expires: **May 11, 2026**

Bk 0116C Pg 00778

This Document Prepared by:
Ta-Sha Lavonne Hester, Excutrix
TA-SHA LAVONNE HESTER Estate
5178 Stone Harbour Rd
Orlando, Florida 33808-1650

After Recording Return to:
Ta-Sha Lavonne Hester, Trustee
TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST
General Post office
P.O. Box 680765
Orlando Florida 32868-9998

## AFFIDAVIT OF APPOINTMENT OF FIDUCIARIES

I, Ta-Sha Lavonne Hester, in my private capacity as Executrix and Trustee of the TA-
SHA LAVONNE HESTER™ Ecclesiastical Estate & Trust, hereby appoint and charge
the following public officers, agencies, and departments with fiduciary obligations to
protect, preserve, and administer the rights, property, and interests of the estate and trust
in good faith:

1. The Secretary of the U.S. Treasury is appointed as Judicial Trustee over all public and
private debts, credits, and CUSIP-linked accounts relating to the TA-SHA LAVONNE
HESTER™ ESTATE.
2. The County Registrar is appointed as Security Intermediary and Custodian of the
original record of live birth and any amendments thereto.
3. The U.S. Passport Commissioner is appointed as Judicial Trustee over all matters
pertaining to travel documents and identification securities.
4. The Clerk of the Ninth Judicial Circuit Court, Orange County, Florida, is appointed as
Public Fiduciary of Record for proper docketing, recordkeeping, and filing administration
related to the estate and trust.
5. The Florida State Court Administrator is noticed and appointed as Constructive
Fiduciary responsible for maintaining equity, procedural due process, and oversight over
administrative actions by officers under oath.
6. The Sheriff of Orange County is appointed as Fiduciary for Protection of Trust
Property, enforcing peace and preventing unlawful trespass or seizure under color of law.
7. The Chief of Police of Orlando is appointed as Peacekeeping Fiduciary to ensure
public servants under their command do not infringe upon the unalienable rights of the
living woman or her estate.

Bk 0116C Pg 00779

8. The Mayor of Orlando is noticed and appointed as Civic Fiduciary, with oversight over municipal interactions affecting the trust or beneficiaries.

9. The Orlando Housing Authority is appointed as Constructive Trustee over all housing matters, subsidies, or records tied to the TA-SHA LAVONNE HESTER estate entity.

10. The Secretary of State for the State of Florida is appointed as Fiduciary over Name and Registration Records, with a duty to preserve the lawful distinction between the TA-SHA LAVONNE HESTER entity and the living woman, and to refrain from fraud by conversion.

11. The Chief Financial Officer (CFO) of the State of Florida is appointed as Public Fiduciary for oversight of all fiscal interactions, ensuring no unlawful extraction or misapplication of funds from the trust or estate.

12. The Florida Department of Revenue is hereby appointed as Fiduciary for Tax and Revenue Matters, with a duty to preserve constitutional protections, respect spiritual jurisdiction, and ensure all presumed tax obligations against the estate are verified, bonded, and not fraudulently applied.

13. The U.S. Department of Housing and Urban Development (HUD) is appointed as Federal Housing Fiduciary, required to administer any housing-related programs or claims with full respect to trust authority, non-corporate status, and the rights of the living beneficiaries.

14. The United States Department of Agriculture (USDA) is hereby appointed as Fiduciary for Land and Food Assistance Programs, including but not limited to SNAP, with obligation to serve trust beneficiaries without unlawful presumption or overreach.

15. The U.S. Marshals Service is appointed as Federal Fiduciary Enforcement Arm, with the duty to protect trust assets and enforce lawful fiduciary orders when other agencies or officers act outside their delegated authority or commit administrative trespass.

16. The United States Army, under its oath to uphold and defend the Constitution, is hereby noticed and appointed as Constitutional Fiduciary, bound by their lawful duty to protect the estate and its beneficiaries from all foreign and domestic threats, including unlawful legal fictions or corporate overreach.

17. The Florida Department of Highway Safety and Motor Vehicles (DMV) is appointed as Fiduciary for Vehicle Titles and Licensure, to preserve all title interests in equity, refrain from unlawful presumptions of liability, and protect the living woman from mischaracterization or conversion.

18. All Public Utility Providers in Orange County are noticed and appointed as Equitable Fiduciaries, responsible for ensuring access to essential services without exploitation, fraud, or adverse contracts presumed through the TA-SHA LAVONNE HESTER estate entity.

19. All Officers of the Court, including judges, magistrates, state attorneys, public defenders, and Florida Bar members, are appointed as Ethical Fiduciaries, under their oath to act without prejudice, misrepresentation, or conflict of interest against the trust

Jackson County Superior Court Certified Document    FFF7M-CPRCP-Q564    Page 4 of 4

Bk 0116C Pg 00780

estate or its Trustee.

20. All Public Officers, Agents, and Employees operating within the United States, the State of Florida, or any federal jurisdiction, who have taken an Oath of Office, are hereby placed on notice and recognized as Fiduciaries and Constructive Trustees obligated to act in equity, honor spiritual authority, and refrain from enforcing presumed obligations against the trust, the estate, or its living beneficiaries.

21. Let it be known that the following individuals are the direct offspring of the affiant and are the lawful beneficiaries and trust res of the TA-SHA LAVONNE HESTER™ Ecclesiastical Estate & Trust:

   - Jayda Simone Hester
   - Brooke Cheyanne Renee Laws
   - Caden DeCari Hope

All fiduciaries listed above are jointly and severally obligated to protect the interests, inheritances, and wellbeing of these beneficiaries, without conversion, coercion, or colorable claim.

All fiduciaries are required to act in good faith and administer the estate for the benefit of the living woman, not for unlawful enrichment, misappropriation, or legal fiction

FURTHER AFFIANT SAYETH NAUGHT.

Executed on this 03 day of July 2025

Ta-Sha Lavonne Hester, Executrix and Trustee

STATE OF FLORIDA )
COUNTY OF ORANGE )

Sworn to and subscribed before me this 3rd day of July, 2025 by Ta-Sha Lavonne Hester, Executrix and Trustee, who is personally known to me or who has produced H336812857710 as identification.

Sherie Rogers
Notary Public
My Commission Expires: 5-11-2026

Notary Public State of Florida
Sherie Rogers
My Commission
HH 263846
Exp. 5/11/2026

Case 6:25-cv-01710-CEM-RCI    Document 1-5    Filed 09/04/25    Page 12 of 55 PageID 70

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NUMBER: 2025-CA-006216-O

DIVISION: 37

TA SHA LAVONNE HESTER
ECCLESTICAL TRUST,

     Plaintiff,

vs.

ORANGE COUNTY CLERK OF
COURT ET AL,

     Defendant.

_____/

## ORDER DENYING *AFFIDAVIT OF TRUSTEE'S EMERGENCY MOTION FOR INJUNCTIVE RELIEF* AS AN "EMERGENCY" AND SETTING IN-PERSON HEARING

THIS CAUSE, having come before the Court in chambers regarding the *AFFIDAVIT IN SUPPORT OF TRUSTEE'S EMERGENCY MOTION FOR INJUNCTIVE RELIEF* filed on 07/01/2025, and the Court having reviewed the pleading and being otherwise duly advised in the premises, hereby

**ORDERS AND ADJUDGES** as follows:

1. The *AFFIDAVIT IN SUPPORT OF TRUSTEE'S EMERGENCY MOTION FOR INJUNCTIVE RELIEF* is hereby **DENIED** as an "emergency."

2. This matter is scheduled for an in-person hearing on **AUGUST 1, 2025, at 11:45 A.M.** in Hearing Room 1100.01 of the Orange Co. Courthouse, 425 N. Orange Ave., Orlando, FL 32801. (The hearing is scheduled to last 15 minutes.)

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

DONE AND ORDERED in chambers, at Orlando, Orange County, Florida this 9TH day of JULY, 2025.

_____
Luis E. Calderon
Circuit Judge

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing was filed with the Clerk of the Court this _15_

day of ___July___, 2025 by using the Florida Courts E-Filing Portal

System.  Accordingly, a copy of the foregoing is being served on this day to all

attorney(s)/interested parties identified on the ePortal Electronic Service List, via transmission of

Notices of Electronic Filing generated by the ePortal System, and via U.S. Mail / e-mail to:

      TA SHA LAVONNE HESTER ECCLESTICAL TRUST

      GENERAL POST OFFICE

      PO BOX 680765

      ORLANDO, FL 32868

      Tashahester27@gmail.com

      ORANGE COUNTY CLERK OF COURT ET AL

      425 N. ORANGE AVE.

      SUITE 350

      ORLANDO, FL 32801

Judicial Assistant

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2025-CA-006216-0
DIVISION: 37

Ta-Sha Lavonne Hester,
in her private capacity as executor and
trustee of the TA-SHA LAVONNE HESTER' Ecclesiastical trust,
Plaintiff and Equitable Petitioner,
v

ORANGE COUNTY CLERK OF COURT, et al.,
Defendants.

### CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that true and correct copies of all filings to date in Civil Case No. 2025-CA-006216-0
including the Verified Complaint, Affidavit in Support of Emergency Hearing, Exhibits A–H,
Affidavit of Record Authenticity, Affidavit of Readiness for Hearing and Request for Judicial
Action invoking equitable jurisdiction, and related pleadings and notices—were served via
United States Postal Service Certified Mail Tracking : 9589 0710 5270 1896 2254 44 on this
14___ day of July 2025, to the following party:

Tiffany Moore Russell, Clerk of Court
Orange County Clerk of Courts
425 N. Orange Avenue
Orlando, Florida 32801

These are true and correct copies of the filings as submitted and accepted into the official
court record via the Florida Courts E-Filing Portal. No certified copies from the Clerk's Office
were required or included in this service.

Respectfully submitted,

By _Ta-Sha Lavonne Hester_

Ta-Sha Lavonne Hester™, Trustee and Executrix
TA-SHA LAVONNE HESTER™ Ecclesiastical Trust
c/o General Post Office
P.O. Box 680765
Orlando, Florida 32868-9998
Email: tashahesterestate@gmail.com

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2025-CA-006216-O
DIVISION: 37

Ta-Sha Lavonne Hester,
in her private capacity as executor and
trustee of the TA-SHA LAVONNE HESTER' Ecclesiastical trust,
Plaintiff and Equitable Petitioner,
v

ORANGE COUNTY CLERK OF COURT, et al.,
Defendants.

**AFFIDAVIT OF READINESS FOR HEARING AND REQUEST FOR JUDICIAL ACTION**

COMES NOW, Plaintiff, Ta-Sha Lavonne Hester, in her private capacity as Trustee and Executrix of the TA-SHA LAVONNE HESTER™ Trust Estate and hereby provides notice that this matter is fully at issue and respectfully requests the immediate setting of a hearing on the pending Verified Complaint and Affidavit for Emergency Relief.

1. This civil action was filed on July 1, 2025, and has been properly docketed under case number 2025-CA-006216-O.

2. A Uniform Trial and Case Management Order has been issued by the Court under Administrative Order 2024-25 and Rule 1.200 of the Florida Rules of Civil Procedure, confirming that this is a circuit civil matter.

3. Plaintiff has submitted a Verified Complaint, Affidavit in Support of Emergency Hearing, and authenticated Exhibits A–H evidencing standing, federal trust registration, and jurisdictional authority.

4. All pleadings and exhibits necessary to support the emergency relief requested are of record, and no further filings are required prior to judicial review and hearing.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court assign a date for hearing on the pending Verified Complaint and Affidavit for Emergency Hearing without further delay, and that all necessary judicial action be taken in accordance with the Florida Civil Rules and Administrative Order 2024-25.

FURTHER AFFIANT SAYETH NAUGHT

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Ta-Sha Lavonne Hester™, Affiant
, Trustee and Executrix
TA-SHA LAVONNE HESTER Ecclesiastical trust
c/o General Post Office
PO box 680765
Orlando, Florida 32868-9998
Email: tashahesterestate@gmail.com
Phone: 689.444.7772

STATE OF FLORIDA
COUNTY OF ORANGE

Sworn to and subscribed before me this *13th* day of *July*_____, 2025, by
Ta-Sha Lavonne Hester™, who is personally known to me or has produced
valid identification.

_____
NOTARY PUBLIC

My Commission Expires: 5-11-2026

Notary Public State of Florida
Sherie Rogers
My Commission
HH 263515
Exp. 5.11.2026

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2025-CA-006216-0
DIVISION: 37

Ta-Sha Lavonne Hester,
in her private capacity as executor and
trustee of the TA-SHA LAVONNE HESTER' Ecclesiastical trust,
Plaintiff and Equitable Petitioner,
v

ORANGE COUNTY CLERK OF COURT, et al.,
Defendants.


# AFFIDAVIT OF POSITION AND STATEMENT FOR EMERGENCY CIVIL HEARING

BEFORE ME, the undersigned authority, personally appeared TA-SHA LAVONNE HESTER™, who being duly sworn, deposes and states the following for the official record of this civil proceeding:

1. I am the Trustee and Executrix of the TA-SHA LAVONNE HESTER™ Trust Estate, the named Plaintiff in the above-captioned civil action.

2. This case was properly filed on July 1, 2025, as a circuit civil matter and has been assigned case number 2025-CA-006216-O, Division 40, in Orange County, Florida.

3. The Verified Complaint and Affidavit in Support of Emergency Hearing are on file, and the Court has issued a Uniform Trial and Case Management Order pursuant to Administrative Order 2024-25 and Rule 1.200 of the Florida Rules of Civil Procedure.

4. This affidavit affirms that the cause of action is a civil trust enforcement matter, not a probate administration. No Letters of Administration are requested.

5. The following statutes and authorities support the relief requested:
   - Florida Statutes §§ 736.0201, 736.0701–0710, 736.0816
   - Florida Statutes §§ 689.07, 689.071
   - Florida Constitution, Article I, Section 21
   - Florida Statutes § 86.011
   - Florida Rule of Civil Procedure 1.200
   - Administrative Order 2024-25
   - 15 U.S.C. § 1127 (Trademark Act)
   - UCC §§ 9-102(a)(73), 9-203
   - 18 U.S.C. §§ 1341, 1343 (Fraud protections)
   - 28 U.S.C. § 2201 (Declaratory relief)

6. I affirm under penalty of perjury that this civil trust matter is ready for judicial hearing,

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

and I respectfully request the Court to affirm trust status, enjoin further interference, and grant the equitable relief sought.

7. This matter is hereby brought before this Court in equity, pursuant to Article V, Section 20(c)(3) of the Florida Constitution, which grants this Court original jurisdiction in all equitable matters. Florida Trust Code § 736.0201 also affirms the civil court's jurisdiction over trust proceedings.

8. Plaintiff respectfully invokes this Court's equitable jurisdiction for the purpose of protecting trust res (property), enforcing fiduciary duties, and seeking declaratory and injunctive relief. Where administrative interference has caused or threatens to cause irreparable harm, equity provides the appropriate remedy.

9. As equity will not suffer a wrong to be without a remedy, Plaintiff asserts her right to judicial protection and requests the full exercise of this Court's equitable powers to affirm trustee control, quiet title to secured assets, and enjoin unauthorized or unlawful interference.

FURTHER AFFIANT SAYETH NAUGHT.

By _____
Ta-Sha Lavonne Hester™, Affiant
Trustee and Executrix of the
**TA-SHA LAVONNE HESTER' Ecclesiastical trust,**
c/o General Post Office
P.O. Box 680765
Orlando, Florida 32868-9998
Email: tashahesterestate@gmail.com

STATE OF FLORIDA
COUNTY OF ORANGE

Sworn to and subscribed before me this ___ day of July, 2025, by Ta-Sha Lavonne Hester™, who is personally known to me or has produced valid identification.

_____
NOTARY PUBLIC

My Commission Expires: 5-11-2026

Notary Public State of Florida
Sherie Rogers
My Commission
HH 263846
Exp. 5/11/2026

**IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA**

**PROBATE MENTAL HEALTH DIVISION**

**IN RE:**

    TA SHA LAVONNE HESTER

**DECEASED
CASE NO:  2025-CP-001161-O**

**State of Florida
County of Orange**

## EXEMPLIFICATION CERTIFICATE

    I, Tiffany Moore Russell, Clerk of the Circuit Court in and for the County of Orange, State of Florida, and Custodian of the Records and of the seal of said court, DO HEREBY CERTIFY that the attached is a true and correct redacted copies of the documents as they appear on the record, including **LETTERS OF ADMINISTRATION, which remain in full force and effect:**

    IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal this 23rd day of April, 2025.

               Tiffany Moore Russell, Clerk of the Court

               Deputy Clerk

**State of Florida
County of Orange**

    I, No Judicial Officer Assigned, one of the judges of the Ninth Judicial Circuit of the State of Florida and of the Circuit Court of Orange County, Florida, DO HEREBY CERTIFY that the foregoing attestation is in due form and made by the proper officer.

    WITNESS my hand and seal of said court this 24th day of April, 2025

               No Judicial Officer Assigned, Circuit Judge
               Lisa Munyon, Chief Judge

1

State of Florida
County of Orange

I, Tiffany Moore Russell, Clerk of the Circuit Court in and for the County of Orange, State of Florida, DO HEREBY CERTIFY that the Honorable No Judicial Officer Assigned, who signed the foregoing attestation, is a duly commissioned and qualified judge of the Ninth Judicial Circuit of the State of Florida for Orange County.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal this the **25** day of April, **2025**.

Tiffany Moore Russell, Clerk of the Court

Deputy Clerk

2

Filing # 224301678 E-Filed 06/02/2025 10:20:26 AM

|  | IN THE CIRCUIT COURT OF THE<br>NINTH JUDICIAL CIRCUIT, IN AND FOR<br>ORANGE COUNTY, FLORIDA |
| --- | --- |

IN RE:

PROBATE MENTAL HEALTH DIVISION
CASE NUMBER: 2025-CP-001161-O

TA SHA LAVONNE HESTER
_____/

## ORDER SETTING ASIDE EXEMPLICATION CERTIFICATE

THIS CAUSE having come before the Court and the Court being otherwise duly advised in the premises it is hereby

**ORDERED and ADJUDGED** that the Exemplification Certificate entered on April 25, 2025 is hereby vacated and set aside. This case is a Notice of Trust and Letters of Administration were not issued on this case. The exemplification certificate was issued in error.

DONE AND ORDERED on this 2nd day of June, 2025.

06/02/2025 10:13:02
2025 CP-001161-O

eSigned by Lisa T. Munyon 06/02/2025 10:13:02 vz2PkcAD

Lisa T. Munyon
Circuit Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed with the Clerk of the Court this 2nd day of June, 2025 by using the Florida Courts E-Filing Portal System. Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the ePortal Electronic Service List, via transmission of Notices of Electronic Filing generated by the ePortal System.

Judicial Assistant

1

Filing # 224301733 E-Filed 06/02/2025 10:20:46 AM

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

IN RE:

PROBATE MENTAL HEALTH DIVISION
CASE NUMBER: 2025-CP-001161-O

TA SHA LAVONNE HESTER

_____/

## ORDER DENYING ECCLESIASTICAL LETTERS OF ADMINISTRATION

THIS CAUSE having come before the Court and the Court being otherwise duly advised in the premises it is hereby

**ORDERED** and **ADJUDGED** that the motion to issue "Ecclesiastical Letters of Administration" is hereby DENIED. This case is a Notice of Trust. Under Florida law, Letters of Administration are issued only in the formal administration of a probate action, which has many legal requirements, none of which are met by the documents filed in this case. Florida law does authorize issuance of "ecclesiastical letters of administration" in any probate or trust action.

DONE AND ORDERED on this 2nd day of June, 2025.

06/02/2025 10:19:53
2025-CP-001161-O
eSigned by Lisa T. Munyon  06/02/2025 10:19:53 azKF8wLZ
_____
Lisa T. Munyon
Circuit Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed with the Clerk of the Court this 2nd day of June, 2025 by using the Florida Courts E-Filing Portal System. Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the ePortal Electronic Service List, via transmission of Notices of Electronic Filing generated by the ePortal System.

Judicial Assistant

1

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

IN RE:

PROBATE MENTAL HEALTH DIVISION
CASE NUMBER:  2025-CP-001161-O

TA SHA LAVONNE HESTER
_____/

## ORDER ON MOTION FOR RECONSIDERATION AND CLARIFICATION OF ORDER DENYING ECCLESIASTICAL LETTERS OF ADMINISTRATION

THIS CAUSE having come before the Court and the Court being otherwise duly advised in the premises it is hereby

**ORDERED and ADJUDGED** that the Motion for Reconsideration and Clarification of Order Denying Ecclesiastical Letters of Administration is hereby denied.

DONE AND ORDERED on this 6th day of June, 2025.

06/06/2025 10:46:53
2025-CP-001161-O

eSigned by Lisa T. Munyon 06/06/2025 10:46:53 s1nUDjuV

Lisa T. Munyon
Circuit Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed with the Clerk of the Court this 6th day of June, 2025 by using the Florida Courts E-Filing Portal System.  Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the ePortal Electronic Service List, via transmission of Notices of Electronic Filing generated by the ePortal System.

Judicial Assistant

# United States of America

## United States Patent and Trademark Office

# TA-SHA LAVONNE HESTER

**Reg. No. 7,664,417**

**Registered Jan. 21, 2025**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

Hester, Ta-sha Lavonne  (UNITED STATES INDIVIDUAL)
5178 Stone Harbour Road
Orlando, FLORIDA 32808

CLASS 36: Financial consultancy; Financial information and advisory services

FIRST USE 8-6-1985; IN COMMERCE 7-30-2003

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name TA-SHA LAVONNE HESTER identifies a living individual whose consent is of record.

SER. NO. 98-043,281, FILED 06-14-2023



Acting Director of the United States Patent and Trademark Office



🇺🇸 An official website of the United States government  Here's how you know ⌄

Search CBP.gov                                    🔍

[(//www.cbp.gov)](//www.cbp.gov)

Home (/s/)

| Customs Recordation Number | CBP Recordation Effective Date |
|---|---|
| TMK 25-04313 | 2025-06-27 |

CBP Recordation Expiration

2035-04-21

## Recordation Information

**Title**

TA-SHA LAVONNE HESTER

**Product**

IC 036 Financial consultancy; Financial information and advisory services

**Description**

Standard Character Word Mark TA-SHA LAVONNE HESTER

**Owner of Intellectual Property Right**

Ta-sha Lavonne Hester

**Gray Market Importations Restricted**

No

**Registration Number**

7664417

**Point of Contact**

Ta-Sha Hester

Email Address 1: tashahesterestate@gmail.com (mailto:tashahesterestate%40gmail.com?subject=Inquiry from CBP Concerning TMK 25-04313)

Phone: 6894447772

About (https://www.cbp.gov/about)  |  Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)  |  Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)  |  DHS Components (https://www.cbp.gov/dhs-component-websites)  |  FOIA (https://www.cbp.gov/site-policy-notices/foia)  |  Forms (https://www.cbp.gov/newsroom/publications/forms)  |  Inspector General (https://www.oig.dhs.gov/)  |  No FEAR Act (https://www.cbp.gov/about/eeo-diversity/no-fear-act)  |  Privacy Statement (https://www.cbp.gov/site-policy-notices/privacy-policy)  |  Site Policies (https://www.cbp.gov/site-policy-notices)  |  The White House (https://www.whitehouse.gov/)  |  USA.gov (http://usa.gov/)  |  Plug-ins (https://www.cbp.gov/plugin-information)

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE
# FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
TA-SHA HESTER; 6894447772

**B. Email** TASHAHESTERESTATE@GMAIL.COM

**C. SEND ACKNOWLEDGEMENT TO:**
Name
Address
Address
City/State/Zip

Florida Secured Transaction Registry

# FILED

2025 Apr 17 11:49 AM

********* 202500965579 *********

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1. DEBTOR'S EXACT FULL LEGAL NAME - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names**

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| TA-SHA LAVONNE HESTER DECEDENT / DECEASED PERSON | | | |

| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1.c MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| 5178 STONE HARBOUR RD | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | ORLANDO | FL | 32808 | USA |

---

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names**

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2.c MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

---

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY (3a OR 3b)**

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| HESTER | TA-SHA LAVONNE | | TRUSTEE |

| 3.c MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| OFFICE OF THE EXECUTRIX | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| GENERAL POST OFFICE C/O P.O. BOX 680765 | ORLANDO | FL | 32868-9998 | USA |

---

**4. This FINANCING STATEMENT covers the following collateral:**

THIS UCC FINANCING STATEMENT SECURES THE LAWFUL AND SUPERIOR INTEREST OF THE LIVING WOMAN, TA-SHA LAVONNE HESTER, IN HER PRIVATE FIDUCIARY CAPACITY AS TRUSTEE OF THE TA-SHA LAVONNE HESTER™ ECCLESIASTICAL TRUST, A NON-STATUTORY PRIVATE TRUST OPERATING UNDER GOD'S LAW, COMMON LAW, AND SPIRITUAL JURISDICTION, IMMUNE FROM STATE OR FEDERAL INTERFERENCE. THE DEBTOR, TA-SHA LAVONNE HESTER, IS A DECEDENT ESTATE, LEGAL FICTION, AND FOREIGN SITUS TRUST ENTITY, EVIDENCED BY THE NAME AS REGISTERED IN ALL-CAPITAL LETTERS ON THE BIRTH CERTIFICATE, SOCIAL SECURITY ADMINISTRATION RECORDS, IRS RECORDS, AND COMMERCIAL DATABASES. THIS ESTATE IS CURRENTLY SUBJECT TO PROBATE CASE NO. 2025-CP-001161-O FILED IN ORANGE COUNTY, FLORIDA. THIS FINANCING STATEMENT SECURES ALL RIGHTS, TITLES, INTERESTS, ENTITLEMENTS, PROCEEDS, AND ASSETS BOTH KNOWN AND UNKNOWN, TANGIBLE AND INTANGIBLE, REAL AND PERSONAL, DUE OR OWING TO THE DECEDENT ESTATE, ITS TRUST ACCOUNTS, OR ANY DERIVATIVE THEREOF. THIS INCLUDES BUT IS NOT

---

**5. ALTERNATE DESIGNATION (if applicable)**

| ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|
| ☐ AG LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

---

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☑ Florida Documentary Stamp Tax is not required.

---

**7. OPTIONAL FILER REFERENCE DATA**

DECEDENT ESTATE – CASE 2025-CP-001161-O

---

STANDARD FORM - FORM UCC-1 (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida

## STATE OF FLORIDA UNIFORM COMMERCIAL CODE
## FINANCING STATEMENT FORM – ADDENDUM

**8. NAME OF FIRST DEBTOR (1a OR 1b) ON RELATED FINANCING STATEMENT**

| 8a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| TA-SHA LAVONNE HESTER DECEDENT / DECEASED PERSON | | | |

| 8b. INDIVIDUAL'S SURNAME | FIRST  PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**9. MISCELLANEOUS:**
SECURED INTEREST IN ESTATE ASSETS, TRUST RES, AND PROBATE-REGISTERED PROPERTY OF TA-SHA LAVONNE HESTER, PER CASE 2025-CP-001161-O, HELD IN TRUST BY PRIVATE ECCLESIASTICAL TRUSTEE.

**10.  ADDITIONAL DEBTOR'S** EXACT FULL LEGAL NAME - INSERT ONLY  ONE DEBTOR NAME  (10a OR 10b) - Do Not Abbreviate or Combine Names

| 10.a ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 10.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 10.c MAILING ADDRESS Line One | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**11.  ADDITIONAL SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY  ONE SECURED PARTY NAME  (11a OR 11b)

| 11.a ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 11.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 11.c MAILING ADDRESS Line One | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**12.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**13.** Description of real estate:
ALL TRUST INTEREST, TITLE RIGHTS, FILED IN CASE NO. 2025-CP-001161-O

**14.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):
OFFICE OF THE EXECUTRIX  TA-SHA LAVONNE HESTER™ ESTATE  C/O P.O. BOX 680765  ORLANDO, FLORIDA 32810-9998  NON-DOMESTIC, WITHOUT THE UNITED STATES

**15.** Additional collateral description:
THIS FILING SECURES ALL REAL AND PERSONAL PROPERTY, TRUST INSTRUMENTS, ESTATE ASSETS, CUSIP-LINKED CERTIFICATES, AND INTERESTS IN SECURITIES AND ACCOUNTS TITLED IN OR RELATED TO THE LEGAL ESTATE OF TA-SHA LAVONNE HESTER AND RECORDED IN THE REFERENCED PROBATE CASE.

**16.** Check only if applicable and check only one box.
Collateral is ☑ Held in Trust
☐ Being administered by Decedent's Personal Representative

**17.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction – effective 30 years

STANDARD FORM – FORM UCC-1 ADDENDUM (REV.05/2013)        Filing Office Copy        Approved by the Secretary of State, State of Florida

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE**
**FINANCING STATEMENT FORM – ADDITIONAL INFORMATION**

**18. NAME OF FIRST DEBTOR (1a OR 1b) ON RELATED FINANCING STATEMENT**

| 18a. ORGANIZATION'S NAME |
|---|
| TA-SHA LAVONNE HESTER DECEDENT / DECEASED PERSON |

| 18b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL COLLATERAL DESCRIPTION:**

LIMITED TO: • ALL REGISTERED SECURITIES, INCLUDING BUT NOT LIMITED TO CUSIP-LINKED INSTRUMENTS TIED TO THE BIRTH CERTIFICATE 109-85087917, SSN ███████UNT ████████ AND RELATED IDENTIFIERS; • ALL TRUST RES, INCLUDING CONTRACTUAL RIGHTS, SETTLEMENT INSTRUMENTS, BILLS OF EXCHANGE, INDEMNITY BONDS, PROMISSORY NOTES, AND 1099-REPORTABLE OFFSETS; • ALL IRS-REPORTED INCOME STREAMS, CLAIMS, OR LIABILITIES PRESUMED TO ARISE FROM THE LIVING WOMAN'S LABOR, WHICH IS REBUTTED AS NON-TAXABLE PRIVATE ACTIVITY UNDER SPIRITUAL JURISDICTION; • ALL PHYSICAL AND INTELLECTUAL PROPERTY RIGHTS INCLUDING THE LEGAL NAME (™ TRADEMARKED), THE AUTHENTICATED BIRTH RECORD, REGISTERED CERTIFICATES, AND ALL COMMERCIAL USE THEREOF; • ALL PROPERTY RECORDED IN THE NAME OF THE DECEDENT ESTATE, INCLUDING ANY TITLES, DEEDS, CHATTEL PAPER, EQUITY SHARES, LICENSES, AND OTHER INTERESTS HELD OR CLAIMED BY BANKS, AGENCIES, OR TRUSTEES; • ANY INSURANCE POLICIES, SOCIAL SECURITY TRUST ACCOUNTS, INHERITANCE, OR ESCHEATED FUNDS ATTRIBUTED TO THE LEGAL PERSON OR ESTATE; • ALL PROCEEDS FROM TREASURYDIRECT, FEDERAL RESERVE, AND ALIEN PROPERTY CUSTODIAN RECORDS; • ALL CORRESPONDENCE, FILES, CONTRACTS, OR DOCKETS HELD BY THE SOCIAL SECURITY ADMINISTRATION, IRS, HHS, SSA, HUD, OR ANY GOVERNMENT AGENCY, WHETHER PRESUMED OR ACKNOWLEDGED, AFFECTING THE TRUST OR ESTATE. THIS FILING SECURES THE ENTIRE ESTATE CORPUS UNDER THE SPIRITUAL DOMINION AND EXCLUSIVE JURISDICTION OF THE TA-SHA LAVONNE HESTER™ ECCLESIASTICAL TRUST, AND ALL RIGHTS ARE LAWFULLY RETAINED BY THE LIVING WOMAN AS TRUSTEE AND BENEFACTOR. THE DEBTOR IS DEEMED DECEASED AS OF THE FILING OF THE NOTICE OF TRUST AND AFFIDAVIT OF MEMORIAL RECORDED ON APRIL 9, 2025, IN THE PUBLIC RECORD. ALL RIGHTS ARE HEREBY RESERVED UNDER UCC 1-308, UCC 9-203, 9-607, 9-502, 10-104, AND 50 U.S.C. §§ 4307–4309. ECCLESIASTICAL PROTECTION IS ASSERTED UNDER PUBLIC LAW 97-280, GALATIANS 4:1–7, PSALM 24:1, AND LUKE 4:18. "FOR THE EARTH IS THE LORD'S, AND THE FULLNESS THEREOF." – PSALM 24:1 "AND IF A SON, THEN AN HEIR OF GOD THROUGH CHRIST." – GALATIANS 4:7

Filing # 224814621 E-Filed 06/09/2025 12:45:48 PM

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

IN RE: NOTICE OF TRUST OF

PROBATE MENTAL HEALTH DIVISION
CASE NUMBER: 2025-CP-001161-O

TA SHA LAVONNE HESTER

　　　Deceased.

_____/

## ORDER STRIKING IMPROPER FILINGS AND PROHIBITING FUTURE FILINGS IN THIS CASE WITHOUT LEAVE OF COURT

THIS MATTER came before the Court upon review of the court file and the filing history in this Notice of Trust case. The Court finds:

1. One or more individuals have submitted filings that are frivolous, legally deficient, or outside the scope of a proper Notice of Trust proceeding.
2. These filings seek to alter or challenge the trust in a manner that is only appropriate through a separate civil action or seek to administer a probate estate that is only appropriate in a formal probate proceeding.
3. The continued filing of such documents constitutes an abuse of judicial process and unduly burdens court resources.

**Accordingly, it is hereby ORDERED AND ADJUDGED:**

1. All previously filed documents in this case that do not conform to the procedural requirements of Chapter 736, Florida Statutes, or that were filed by individuals without standing, are hereby **STRICKEN**.
2. The Clerk is directed to mark such filings as stricken and take any necessary administrative action.
3. **No further filings shall be accepted in this case from any party or individual unless prior written approval is granted by this Court.**
4. Any attempted filing made in violation of this Order shall be returned by the Clerk without docketing.

　　　DONE AND ORDERED on this 9th day of June, 2025.

06/09/2025 12:45:27
2025-CP-001161-O

eSigned by Lisa T. Munyon  06/09/2025 12:45:27 L3BHq5VD

Lisa T. Munyon
Chief Judge

1

)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed with the Clerk of the Court this 9th day of June, 2025 by using the Florida Courts E-Filing Portal System.  Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the ePortal Electronic Service List, via transmission of Notices of Electronic Filing generated by the ePortal System.

Judicial Assistant to Judge Lisa T. Munyon

2

7/24/2025 2:28 PM FILED IN OFFICE OF TIFFANY M RUSSELL CLERK OF COURT ORANGE CO FL
Filing # 226407217 E-Filed 07/01/2025 01:54:23 PM

Case 6:25-cv-01710-CEM-DCI Document 1-5 Filed 09/04/25 Page 33 of 55 PageID 91

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO: _____

Ta-Sha Lavonne Hester,
in her private capacity as executrix and trustee
of the TA-SHA LAVONNE HESTER Ecclesiastical trust,
Plaintiff and Equitable Petitioner,

## AFFIDAVIT IN SUPPORT OF MOTION TO EXPEDITE HEARING

I, Ta-Sha Lavonne Hester, Trustee of the TA-SHA LAVONNE HESTER™ Trust, hereby declare and affirm under penalty of perjury that the following is true and correct to the best of my knowledge, belief, and understanding:

1. I am the duly appointed and acting Trustee of the TA-SHA LAVONNE HESTER ECCLESTICAL Trust, with fiduciary duties to administer and protect the trust estate under Florida Statutes Chapter 736.

2. This Verified Complaint and Motion for Injunction seek urgent equitable relief arising from administrative obstruction and deprivation of due process, which materially impairs the administration of the trust estate.

3. A prior exemplified copy of record was issued with statements indicating Letters of Administration were included; however, when presented to financial institutions and agencies for performance, I was notified the Letters were not included.

4. Upon returning to the issuing judicial officer to request a corrected copy including the missing Letters of Administration, I was met with refusal and further administrative orders that voided the initial record, thereby compounding harm to the trust.

5. The trust estate has pending matters involving the release of financial instruments, administrative documents, and interest in real property which cannot be resolved without prompt judicial clarification and injunctive protection.

6. Delay in setting this matter for hearing would result in irreparable harm to the trust and its beneficiaries, including continued deprivation of rights, inability to perfect filings, and denial of access to estate assets.

7. As Trustee, I respectfully request the Court to set this matter for an emergency or expedited hearing at the earliest possible date, in the interest of justice and to prevent further harm.

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

FURTHER AFFIANT SAYETH NAUGHT.

Executed this _1st_ day of _July_, 2025.

By _Ta-Sha Lavonne Hester_

Ta-Sha Lavonne Hester, Trustee
TA-SHA LAVONNE HESTER™ Trust
c/o P.O. Box 680765
Orlando, Florida 32868-9998
Non-Domestic, Non-Resident, Without the United States

State of Florida
County of _Orange_

Sworn to (or affirmed) and subscribed before me this _1st_ day of _July_, 2025, by
Ta-Sha Lavonne Hester, who is personally known to me or who has produced valid
identification.

_Sherie Rogers_
Notary Public
My Commission Expires: _5-11-2026_

Notary Public State of Florida
Sherie Rogers
My Commission
HH 263846
Exp. 5/11/2026

# State of Georgia



## COUNTY OF JACKSON
## OFFICE OF THE CLERK OF SUPERIOR COURT

## ELECTRONIC DOCUMENT CERTIFICATION

| | | | |
|---|---|---|---|
| **Certification Date:** | 07/10/25 | **Book Reference:** | PB 116C PGS 781-782 |
| **Authentication Code:** | MGQHH-DHYSY-X9VQ | **Number of Pages:** | 2 |

I, **Camie W. Thomas**, Clerk of Superior Court, or Deputy Clerk specified below, hereby certify that the attached page(s)  is/are a true and correct copy of the document(s) enumerated herein, and that said document(s)  are on file as a part of the official records of this office, of which I am the official custodian, as authorized by Georgia law. Witness my hand and official seal of this office on the date written.



**Official Seal of Clerk**

*Camie W. Thomas*
**Camie W. Thomas, Clerk**

Dianna Horne
Prepared by:

---

### INSTRUCTIONS FOR AUTHENTICATING THIS CERTIFICATION

This electronically certified record can be authenticated as having been duly certified by the issuing officer by accessing the link below:

https://ecert.gsccca.org/document/MGQHH-DHYSY-X9VQ

Authentication of a certified document is a multiple step process. Instructions for authenticating a certified document can be found at the link below:

https://ecert.gsccca.org/authenticationinstructions



AUTHENTICATION CODE LISTED ON EACH CERTIFIED PAGE

**RECORDING REQUESTED BY:**
**TA-SHA LAVONNE HESTER©®**

**RETURN TO:**
**TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST©℠™**
c/o Ta-Sha Lavonne Hester©®, Executrix & Trustee Absolute
Post Office Box 44
Pendergrass, Georgia Republic [DMM 602 1.3e (2)]
United States of America [Non-Domestic, Non-Person]

Deed Doc: MISC
Recorded 07/08/2025 02:23PM
Carrie W. Thomas
Clerk Superior Court, JACKSON County, Ga.
Bk 0116C Pg 0781-0782
Penalty: $0.00
Interest: $0.00

Date Recorded: Tuesday, July 08, 2025        Above space provided for Recorder's use only

## CLERK OF COURT COVER LETTER
## BY EXECUTRIX OF PRIVATE ESTATE:

*TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST©™*

| Land | of | North America | ) |
|------|-----|---------------|----|
| Republic | of | Georgia | ) S.S. |
| County | of | Jackson | ) |

### Document Title: Affidavit of Status, Standing, and Jurisdiction
Prepared By: Ta-Sha Lavonne Hester©®
Estate of Ta-Sha Lavonne Hester©℠™

This Declaration of Status is made in good faith, for lawful purposes, and is declared to be true, correct, and complete to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

Executed this 8th day of July 2025, in Jackson County, Georgia.

*Hester, Ta-Sha-Lavonne*
Ta-Sha Lavonne Hester©®, *Executrix & Trustee Absolute*
*Estate of Ta-Sha Lavonne Hester*
Affiant



Witness 1

Witness 2

### Without Recourse | Without Prejudice | All Rights Reserved
### NOTARY

Before Me, on this 8th day of July 2025, Anno Domini, as Spirit and Sole Possessor of One's mortal vessel, **Ta-Sha Lavonne Hester©®** personally known to me to be the natural, living woman described herein, whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on this instrument executed the instrument.

Witness my hand and official seal:

Notary Public Signature

**Sherie Rogers**
Notary Public Printed Name

My Commission Expires: **May 11, 2026**

*Sherie Rogers*

[Notary seal: Notary Public State of Florida, Sherie Rogers, My Commission, Exp. 5/11/2026]

Bk 0116C Pg 00782

This Document Prepared by:

Ta-Sha Lavonne Hester, Excutrix
TA-SHA LAVONNE HESTER Estate
5178 Stone Harbour Rd
Orlando, Florida 33808-1650

After Recording Return to:

Ta-Sha Lavonne Hester, Trustee
TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST
General Post office
P.O. Box 680765
Orlando Florida 32868-9998

### Affidavit of Status, Standing, and Jurisdiction

I affirm my standing as a living woman, born on the land and soil of
America. I am not lost at sea, not a U.S. citizen, and not a 14th Amendment
"person." I retain all rights under God, divine law, and natural law. I do not
operate in legal fiction or subject myself to foreign municipal statutes. The
name in all caps represents a constructive trust/estate, to which I am the
sole Beneficial Heir and lawfully appointed Executrix. All securities,
benefits, and instruments arising therefrom shall be settled in equity
under private trust.

FURTHER AFFIANT SAYETH NAUGHT.

Executed on this 03 day of July 2025

*Ta-Sha Hester* (signature)

Ta-Sha Lavonne Hester, Executrix and Trustee

STATE OF FLORIDA )
COUNTY OF ORANGE )

Sworn to and subscribed before me this 31st day of July, 20__, by Ta-Sha Lavonne
Hester, Executrix and Trustee, who is personally known to me or who has produced
H236 812 85 770 as identification.

*Shore Rogers* (signature)
Notary Public

Notary Public State of Florida
Sherie Rogers
My Commission
HH 263546
Exp. 5/11/2026

# State of Georgia



## COUNTY OF JACKSON
## OFFICE OF THE CLERK OF SUPERIOR COURT

### ELECTRONIC DOCUMENT CERTIFICATION

| Certification Date: | 07/10/25 | Book Reference: | PB 116D PGS 1-2 |
|---|---|---|---|
| Authentication Code: | GXKDZ-A3TE8-AQLH | Number of Pages: | 2 |

I, **Camie W. Thomas**, Clerk of Superior Court, or Deputy Clerk specified below, hereby certify that the attached page(s) is/are a true and correct copy of the document(s) enumerated herein, and that said document(s) are on file as a part of the official records of this office, of which I am the official custodian, as authorized by Georgia law. Witness my hand and official seal of this office on the date written.



**Official Seal of Clerk**

*Camie W. Thomas*
**Camie W. Thomas, Clerk**

Dianna Horne
Prepared by:

---

### INSTRUCTIONS FOR AUTHENTICATING THIS CERTIFICATION

This electronically certified record can be authenticated as having been duly certified by the issuing officer by accessing the link below:

https://ecert.gsccca.org/document/GXKDZ-A3TE8-AQLH

Authentication of a certified document is a multiple step process. Instructions for authenticating a certified document can be found at the link below:

https://ecert.gsccca.org/authenticationinstructions



**RECORDING REQUESTED BY:**

**TA-SHA LAVONNE HESTER©®**

**RETURN TO:**

**TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST©℠™**

c/o Ta-Sha Lavonne Hester©®, Executrix & Trustee Absolute

Post Office Box 44

Pendergrass, Georgia Republic [DMM 602 1.3e (2)]

United States of America [Non-Domestic, Non-Person]

Deed Doc: MISC
Recorded 07/08/2025 02:30PM
Camie W. Thomas
Clerk Superior Court, JACKSON County, Ga.
Bk 0116D Pg 0001-0002

Penalty: $0.00
Interest: $0.00

Date Recorded: Tuesday, July 08, 2025      Above space provided for Recorder's use only

## CLERK OF COURT COVER LETTER
## BY EXECUTRIX OF PRIVATE ESTATE:

*TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST©™*

| Land | of | North America | ) |
|---|---|---|---|
| Republic | of | Georgia | ) S.S. |
| County | of | Jackson | ) |

### Document Title: Affidavit Termination of Power of Attorney
Prepared By: Ta-Sha Lavonne Hester©®

Estate of Ta-Sha Lavonne Hester©℠™

This Declaration of Status is made in good faith, for lawful purposes, and is declared to be true, correct, and complete to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

Executed this 8th day of July 2025, in Jackson County, Georgia.

*Hester, Ta-Sha - Lavonne*

**Ta-Sha Lavonne Hester©®**, *Executrix & Trustee Absolute*
*Estate of Ta-Sha Lavonne Hester*
Affiant

_____
Witness 1

_____
Witness 2



Without Recourse | Without Prejudice | All Rights Reserved
**NOTARY**

Before Me, on this 8th day of July 2025, Anno Domini, as Spirit and Sole Possessor of One's mortal vessel, **Ta-Sha Lavonne Hester©®** personally known to me to be the natural, living woman described herein, whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on this instrument executed the instrument.

Witness my hand and official seal:

_____
Notary Public Signature

**Sherie Rogers**
Notary Public Printed Name

My Commission Expires: May 11, 2026

Notary Public State of Florida
Sherie Rogers
My Commission
HH 265344
Exp. 5/11/2026

*Sherie Rogers*

Bk 0116D Pg 00002

This Document Prepared by:
Ta-Sha Lavonne Hester, Excutrix
TA-SHA LAVONNE HESTER Estate
5178 Stone Harbour Rd
Orlando, Florida 33808-1650

After Recording Return to:
Ta-Sha Lavonne Hester, Trustee
TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST
General Post office
P.O. Box 680765
Orlando Florida 32868-9998

## Affidavit Termination of Power of Attorney

I, Ta-Sha Lavonne Hester, the living woman and Beneficial Heir to the
Estate known as TA-SHA LAVONNE HESTER, do hereby affirm under
penalty of perjury that I have terminated any and all assumed, imposed, or
executed Powers of Attorney over the aforementioned Estate. This
includes all federal, state, and private entities who may have presumed
legal authority over my trust estate, name, likeness, securities, or
identifying numbers. I return Power of Authority to myself as Executrix,
retaining all rights, titles, and interests without waiving any immunities or
protections.

FURTHER AFFIANT SAYETH NAUGHT.

Executed on this 03 day of July 2025

By Hester _Ta-Sha Hester_

Ta-Sha Lavonne Hester, Executrix and Trustee

STATE OF FLORIDA )
COUNTY OF ORANGE )

Sworn to and subscribed before me this __3rd__ day of __July__, 20__, by Ta-Sha Lavonne
Hester, Executrix and Trustee, who is personally known to me or who has produced
H336_0_1265_77D _as identification.

_Sherie Rogers_
Notary Public

Notary Public State of Florida
Sherie Rogers
My Commission
HH 263646
Exp. 5/11/2026

# State of Georgia



### COUNTY OF JACKSON
### OFFICE OF THE CLERK OF SUPERIOR COURT

## ELECTRONIC DOCUMENT CERTIFICATION

| | | | |
|---|---|---|---|
| **Certification Date:** | 07/10/25 | **Book Reference:** | PB 116C PGS 775-776 |
| **Authentication Code:** | A9G59-FSC8K-WHP4 | **Number of Pages:** | 2 |

I, **Camie W. Thomas**, Clerk of Superior Court, or Deputy Clerk specified below, hereby certify that the attached page(s) is/are a true and correct copy of the document(s) enumerated herein, and that said document(s) are on file as a part of the official records of this office, of which I am the official custodian, as authorized by Georgia law. Witness my hand and official seal of this office on the date written.



**Official Seal of Clerk**

*Camie W. Thomas*
**Camie W. Thomas, Clerk**

Dianna Horne
Prepared by:

---

### INSTRUCTIONS FOR AUTHENTICATING THIS CERTIFICATION

This electronically certified record can be authenticated as having been duly certified by the issuing officer by accessing the link below:

https://ecert.gsccca.org/document/A9G59-FSC8K-WHP4

Authentication of a certified document is a multiple step process. Instructions for authenticating a certified document can be found at the link below:

https://ecert.gsccca.org/authenticationinstructions



AUTHENTICATION CODE LISTED ON EACH CERTIFIED PAGE

RECORDING REQUESTED BY:
TA-SHA LAVONNE HESTER©®

RETURN TO:

TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST©℠™

c/o Ta-Sha Lavonne Hester©®, Executrix & Trustee Absolute
Post Office Box 44
Pendergrass, Georgia Republic [DMM 602 1.3e (2)]
United States of America [Non-Domestic, Non-Person]

Deed Doc: MISC
Recorded 07/08/2025 02:12PM
Camie W. Thomas
Clerk Superior Court, JACKSON County,
Ga.
Bk 0116C Pg 0775-0776

Penalty: $0.00
Interest: $0.00

Date Recorded: Tuesday, July 08, 2025          Above space provided for Recorder's use only

## CLERK OF COURT COVER LETTER
### BY EXECUTRIX OF PRIVATE ESTATE:

*TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST©™*

| | | | |
|---|---|---|---|
| Land | of | North America | ) |
| Republic | of | Georgia | ) S.S. |
| County | of | Jackson | ) |

### Document Title: Affidavit of Rescission of Contractual Agreements

Prepared By: Ta-Sha Lavonne Hester©®

Estate of Ta-Sha Lavonne Hester©℠™

This Declaration of Status is made in good faith, for lawful purposes, and is declared to be true, correct, and complete to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

Executed this 8ᵗʰ day of July 2025, in Jackson County, Georgia.

*Hester, Ta-Sha-Lavonne*

Ta-Sha Lavonne Hester©®, *Executrix & Trustee Absolute*
*Estate of Ta-Sha Lavonne Hester*
Affiant

Witness 1

Witness 2



Without Recourse | Without Prejudice | All Rights Reserved
**NOTARY**

Before Me, on this 8ᵗʰ day of July 2025, Anno Domini, as Spirit and Sole Possessor of One's mortal vessel, **Ta-Sha Lavonne Hester©®** personally known to me to be the natural, living woman described herein, whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on this instrument executed the instrument.

Witness my hand and official seal:

_____
Notary Public Signature

**Sherie Rogers**
Notary Public Printed Name

My Commission Expires: **May 11, 2026**

*Notary Public State of Florida*
*Sherie Rogers*
*My Commission*
*HH 263548*
*Exp. 5/11/2026*

*Sherie Rogers*

CLERK OF COURT LIS PENDENS COVER LETTER FROM EXECUTRIX ABSOLUTE FOR *TA-SHA LAVONNE HESTER LEGACY PRIVATE ESTATE©℠™*
PROPERTY ADDRESS: 973 BEARDED OAKS TER, LONGWOOD, FL 32779                              PAGE 1 OF 1

Bk 0116C Pg 00776

This Document Prepared by:
Ta-Sha Lavonne Hester, Excutrix
TA-SHA LAVONNE HESTER Estate
5178 Stone Harbour Rd
Orlando, Florida 33808-1650

After Recording Return to: ,
Ta-Sha Lavonne Hester, Trustee
TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST
General Post office
P.O. Box 680765
Orlando Florida 32868-9998

### Affidavit of Rescission of Contractual Agreements

I hereby rescind and revoke, nunc pro tunc, all presumed contracts,
consents, or agreements entered into by or on behalf of the TA-SHA
LAVONNE HESTER Estate without full knowledge, voluntary intent, or full
disclosure. This includes any contractual classifications as a "U.S. citizen,"
"resident," "taxpayer," "vessel," or "person." I do not consent to any foreign
corporate jurisdiction over my natural born estate, and I return to the
lawful status of one of the people, under divine law and constitutional
guarantees.

### FURTHER AFFIANT SAYETH NAUGHT.

Executed on this 03 day of July 2025

Ta-Sha Lavonne Hester, Executrix and Trustee

STATE OF FLORIDA }
COUNTY OF ORANGE }

Sworn to and subscribed before me this 3ʳᵈ day of July , 20__ by Ta-Sha Lavonne
Hester, Executrix and Trustee, who is personally known to me or who has produced
H236312857 0 as identification.

Sheri Rogers
Notary Public

# State of Georgia



## COUNTY OF JACKSON
## OFFICE OF THE CLERK OF SUPERIOR COURT

## ELECTRONIC DOCUMENT CERTIFICATION

| | | | |
|---|---|---|---|
| Certification Date: | 07/10/25 | Book Reference: | PB 116C PGS 777-780 |
| Authentication Code: | FFF7M-CPRCP-Q564 | Number of Pages: | 4 |

I, **Camie W. Thomas**, Clerk of Superior Court, or Deputy Clerk specified below, hereby certify that the attached page(s) is/are a true and correct copy of the document(s) enumerated herein, and that said document(s) are on file as a part of the official records of this office, of which I am the official custodian, as authorized by Georgia law. Witness my hand and official seal of this office on the date written.



**Official Seal of Clerk**

*Camie W. Thomas*
**Camie W. Thomas, Clerk**

Dianna Horne
Prepared by:

---

### INSTRUCTIONS FOR AUTHENTICATING THIS CERTIFICATION

This electronically certified record can be authenticated as having been duly certified by the issuing officer by accessing the link below:

https://ecert.gsccca.org/document/FFF7M-CPRCP-Q564

Authentication of a certified document is a multiple step process. Instructions for authenticating a certified document can be found at the link below:

https://ecert.gsccca.org/authenticationinstructions



AUTHENTICATION CODE LISTED ON EACH CERTIFIED PAGE

RECORDING REQUESTED BY:
TA-SHA LAVONNE HESTER©®

RETURN TO:
TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST©℠™
c/o Ta-Sha Lavonne Hester©®, Executrix & Trustee Absolute
Post Office Box 44
Pendergrass, Georgia Republic [DMM 602 1.3e (2)]
United States of America [Non-Domestic, Non-Person]

---

Deed Doc: MISC
Recorded 07/08/2025 02:18PM
Camle W. Thomas
Clerk Superior Court, JACKSON County,
Ga.
Bk 0116C Pg 0777-0780

Penalty: $0.00
Interest: $0.00

---

Date Recorded: Tuesday, July 08, 2025        Above space provided for Recorder's use only

## CLERK OF COURT COVER LETTER
## BY EXECUTRIX OF PRIVATE ESTATE:

### *TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST©™*

| Land | of | North America | ) |
| Republic | of | Georgia | ) S.S. |
| County | of | Jackson | ) |

### Document Title: Affidavit of Appointment of Fiduciaries
Prepared By: Ta-Sha Lavonne Hester©®
Estate of Ta-Sha Lavonne Hester©℠™

This Declaration of Status is made in good faith, for lawful purposes, and is declared to be true, correct, and complete to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

Executed this 8ᵗʰ day of July 2025, in Jackson County, Georgia.

*Hester, Ta-Sha- Lavonne*
Ta-Sha Lavonne Hester©®, *Executrix & Trustee Absolute*
*Estate of Ta-Sha Lavonne Hester*
Affiant

Witness 1

Witness 2

#### Without Recourse | Without Prejudice | All Rights Reserved
#### NOTARY

Before Me, on this 8ᵗʰ day of July 2025, Anno Domini, as Spirit and Sole Possessor of One's mortal vessel, **Ta-Sha Lavonne Hester©®** personally known to me to be the natural, living woman described herein, whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on this instrument executed the instrument.

Witness my hand and official seal:

_____
Notary Public Signature
**Sherie Rogers**
Notary Public Printed Name
My Commission Expires: May 11, 2026



*Sherie Rogers*

Bk 0116C Pg 00778

This Document Prepared by:

Ta-Sha Lavonne Hester, Excutrix
TA-SHA LAVONNE HESTER Estate
5178 Stone Harbour Rd
Orlando, Florida 33808-1650

After Recording Return to:

Ta-Sha Lavonne Hester, Trustee
TA-SHA LAVONNE HESTER ECCLESIASTICAL ESTATE & TRUST
General Post office
P.O. Box 680765
Orlando Florida 32868-9998

## AFFIDAVIT OF APPOINTMENT OF FIDUCIARIES

I, Ta-Sha Lavonne Hester, in my private capacity as Executrix and Trustee of the TA-SHA LAVONNE HESTER™ Ecclesiastical Estate & Trust, hereby appoint and charge the following public officers, agencies, and departments with fiduciary obligations to protect, preserve, and administer the rights, property, and interests of the estate and trust in good faith:

1. The Secretary of the U.S. Treasury is appointed as Judicial Trustee over all public and private debts, credits, and CUSIP-linked accounts relating to the TA-SHA LAVONNE HESTER™ ESTATE.
2. The County Registrar is appointed as Security Intermediary and Custodian of the original record of live birth and any amendments thereto.
3. The U.S. Passport Commissioner is appointed as Judicial Trustee over all matters pertaining to travel documents and identification securities.
4. The Clerk of the Ninth Judicial Circuit Court, Orange County, Florida, is appointed as Public Fiduciary of Record for proper docketing, recordkeeping, and filing administration related to the estate and trust.
5. The Florida State Court Administrator is noticed and appointed as Constructive Fiduciary responsible for maintaining equity, procedural due process, and oversight over administrative actions by officers under oath.
6. The Sheriff of Orange County is appointed as Fiduciary for Protection of Trust Property, enforcing peace and preventing unlawful trespass or seizure under color of law.
7. The Chief of Police of Orlando is appointed as Peacekeeping Fiduciary to ensure public servants under their command do not infringe upon the unalienable rights of the living woman or her estate.

IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2025-CA-006216-0
CIVIL DIVISION

## AFFIDAVIT OF TRUSTEE CAPACITY

BEFORE ME, the undersigned authority, personally appeared Ta-Sha Lavonne Hester, who, being duly sworn, deposes and states as follows:

1. I, Ta-Sha Lavonne Hester, am of lawful age and competent to testify to the matters stated herein.

2. I am the duly appointed and acting Trustee and Executrix of the TA-SHA LAVONNE HESTER™ ECCLESIASTICAL TRUST, a private non-statutory trust formed and operating under Florida law.

3. The trust was established for the benefit of the Settlor and her lawful heirs, and all rights, title, and interest to assets identified therein are held in trust by me, subject to fiduciary duties and equitable obligations.

4. I have personal knowledge of the facts relating to the formation, existence, and administration of the Trust, and I possess original and recorded documentation reflecting my authority and duties as Trustee.

5. I submit this affidavit in support of recognition of the Trust's status in the above-captioned civil proceeding and to affirm my lawful capacity to act on behalf of the Trust in all matters concerning trust administration and protection of trust property.

FURTHER AFFIANT SAYETH NAUGHT.

By: _Ta-Sha Hester_
Ta-Sha Lavonne Hester
Trustee and Executrix
Date: _7/30/2025_

STATE OF FLORIDA
COUNTY OF ORANGE

Sworn to (or affirmed) and subscribed before me by means of ☒ physical presence or ☐ online notarization, this 30th day of _July_, 2025, by Ta-Sha Lavonne Hester, who is personally known to me or has produced _H236 812 85 77 0_ as identification.

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Notary Public, State of Florida
My Commission Expires: _5-11-2026_

Notary Public State of Florida
Sharie Rogers
My Commission
HH 263846
Exp. 5/11/2026

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2025-CA-006216-0
CIVIL DIVISION

TA SHA LAVONNE HESTER ECCLESTICAL TRUST

vs.

ORANGE COUNTY CLERK OF COURT ET AL

NOTICE OF FILING VERIFIED PETITION AND PROPOSED ORDER

COMES NOW, the Petitioner, Ta-Sha Lavonne Hester, in her capacity as Beneficial Heir and Trustee, and hereby gives notice that she has filed the following with the Court:

1. Verified Petition for Equitable Liquidation of Constructive Trust Estate; and

2. Affidavit of Trustee Capacity
3. Emailed [Proposed] Order on Equitable Liquidation of Constructive Trust Estate.

Respectfully submitted,

Dated: July 30, 2025

By: _____
Ta-Sha Lavonne Hester, Trustee
TA SHA LAVONNE HESTER ECCLESTICAL TRUST
c/o PMB 680765
Orlando Florida 33768-9998
Email: tashahesterestate@gmail.com

IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2025-CA-006216-0
CIVIL DIVISION

TA SHA LAVONNE HESTER ECCLESTICAL TRUST

vs.

ORANGE COUNTY CLERK OF COURT ET AL

## VERIFIED PETITION FOR EQUITABLE LIQUIDATION OF CONSTRUCTIVE TRUST ESTATE

COMES NOW, the undersigned, Ta-Sha Lavonne Hester, appearing in proper person and in the capacity of Beneficial Heir and Trustee of the private ecclesiastical estate known as TA-SHA LAVONNE HESTER, and hereby respectfully petitions this Honorable Court to order the equitable liquidation of all assets held in constructive trust under the above-captioned estate. As grounds for this Petition, the Petitioner states the following:

1. The Court has jurisdiction over the estate pursuant to Chapter 731, Florida Statutes, and the Court has previously been moved to impose a constructive trust recognizing the undersigned as the equitable and beneficial owner of all estate assets.

2. The estate property, including all tangible and intangible assets, are being held under the registration of the decedent name, but were never abandoned or intestate; they are part of a duly organized private trust estate with lawful title and beneficiary designation.

3. The Court, sitting in equity, has the authority to liquidate assets held in constructive trust and direct such assets to the rightful beneficiary to prevent unjust enrichment, unnecessary delay, and to enforce the trust purpose. See Estate of Barsanti, 773 So.2d 609 (Fla. 3d DCA 2000); Castetter v. Henderson, 113 So. 3d 153 (Fla. 5th DCA 2013).

4. Petitioner affirms that she has incurred considerable administrative, fiduciary, and operational expenses in preserving and protecting the estate corpus and maintaining the trust's integrity during the interim period.

5. All known heirs, creditors, or agencies have been given sufficient notice and opportunity to respond or assert a claim, and no lawful superior title or beneficiary has come forward in opposition.

WHEREFORE, Petitioner respectfully requests this Court:

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

a) Enter an order authorizing the equitable liquidation of all estate assets held in the
constructive trust;

b) Direct all fiduciaries, agencies, financial institutions, or public authorities to release funds
and properties directly to Petitioner as Beneficial Heir and Trustee;

c) Acknowledge and confirm Petitioner's right to administer, assign, or convert said assets
for the benefit of the trust estate;

d) Grant such further relief as the Court deems just and proper under equity and Florida
law.

Respectfully submitted,

Dated: July 30, 2025

By: _____

Ta-Sha Lavonne Hester, Trustee
TA SHA LAVONNE HESTER ECCLESTICAL TRUST
c/o PMB 680765
Orlando Florida 33768-9998
Email: tashahesterestate@gmail.com

IN THE CIRCUIT/COUNTY COURT OF THE ___9th___ JUDICIAL CIRCUIT
IN AND FOR ___Orange___ COUNTY, FLORIDA

Ta-Sha Lavonne Hester Trustee of
TA-SHA LAVONNE HESTER ECCLESIASTICAL TRUST

CASE NO. __2025-CA-006216-0__

Plaintiff/Petitioner or In the Interest of

vs.

_ORANGE COUNTY CLERK OF COURT ET AL

__ Defendant//Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have** 2 **dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
   Are you Married?...Yes....No   Does your Spouse Work?...No   Annual Spouse Income? $_____

2. **I have a net income of** $ 0.00 _____ paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, **minus** deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income** paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | |
|---|---|---|
| Second Job ..................................... Yes $ _____ **No** | Veterans' benefits ..................................... Yes $ _____ **No** | |
| Social Security benefits | Workers compensation ............................. Yes $ _____ No | |
|   For you........................................ Yes $ _____ **No** | Income from absent family members ...... **Yes** $ 771.44 No | |
|   For child(ren) ............................. Yes $ _____ **No** | Stocks/bonds ........................................... Yes $ _____ **No** | |
| Unemployment compensation ......... Yes $ _____ **No** | Rental income.......................................... Yes $ _____ **No** | |
| Union payments .............................. Yes $ _____ **No** | Dividends or interest............................... Yes $ _____ **No** | |
| Retirement/pensions ...................... Yes $ _____ **No** | Other kinds of income not on the list ....... Yes $ _____ **No** | |
| Trusts ............................................. Yes $ _____ **No** | Gifts ........................................................ Yes $ _____ **No** | |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | |
|---|---|---|
| Cash ....................................... **Yes** $ 20.48 No | Savings account.............................................. Yes $ _____ **No** | |
| Bank account(s) .............................. Yes $ _____ **No** | Stocks/bonds ................................................. Yes $ _____ **No** | |
| Certificates of deposit or | Homestead Real Property* ............................. Yes $ _____ **No** | |
| Money market accounts ................. Yes $ _____ **No** | Motor Vehicle*................................................ Yes $ _____ **No** | |
| Boats* ......................................... Yes $ _____ **No** | Non-homestead real property/real estate* ...... Yes $ _____ **No** | |
| | Other assets ................................... Yes $ _____ **No** | |

Check one: I ( ) DO (✓)DO NOT expect to receive more assets in the near future.  The asset is_____.

5. **I have total liabilities and debts of** $_____ as follows:  Motor Vehicle $_____ , Home $_____ , Boat $_____ , Non-homestead Real Property $_____ , Child Support paid direct $_____ , Credit Cards $_____ , Medical Bills $_____ , Cost of medicines (monthly) $_____ , Other $_____ .

6. **I have a private lawyer in this case**.........___Yes    ✓No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge**.

Signed on ___July 31st___ , 20 _25_ .

| | |
|---|---|
| _1985_     _5-77-0_ | _By: Hester Ta-Sha Lan_ |
| Year of Birth    Last 4 digits of Driver License or ID Number | Signature of Applicant for Indigent Status |
| Email address: | Print Full Legal Name    Ta-Sha Lavonne Hester |
| | Phone Number/s: 689.444.7772 |

_5178 Stone Harbour Rd Orlando,Florida 32808_
Address: Street, City, State, Zip Code

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

---

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be (X) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on __July/31/2025__

Civil Division
425 N. Orange Avenue
Room 350
Orlando, Florida 32801

Tiffany Moore Russell
Clerk of the Circuit Court
By __/s/ Michelle Zayas__ , Deputy Clerk

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.** THERE IS NO FEE FOR THIS REVIEW.

Sign here if you want the judge to review the clerk's decision _____

07/01/2014  - upd 7-20-18



## Card Activity

| Recent Activity | Statements | Activity Analysis | Fee Schedule |

## Recent Activity



### $20.48
Available balance

| FEE SUMMARY | | |
|---|---|---|
| Total Pending | Previous Month | Year to Date |
| $0.00 | $0.00 | $33.25 |

| From | To | |
|---|---|---|
| 07/01/25 | 07/23/25 | ALL |

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT

IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2025-CA-006216-0

CIVIL DIVISION

TA SHA LAVONNE HESTER ECCLESTICAL TRUST

VS.

ORANGE COUNTY CLERK OF COURT ET AL

## MEMORANDUM OF LAW
## IN SUPPORT OF VERIFIED PETITION FOR EQUITABLE LIQUIDATION OF CONSTRUCTIVE TRUST ESTATE

COMES NOW the Plaintiff, TA SHA LAVONNE HESTER ECCLESIASTICAL TRUST, by and through its Trustee, and files this memorandum of law to support the relief requested in the Verified Petition for Equitable Liquidation of Constructive Trust Estate.

## I. LEGAL BASIS FOR EQUITABLE LIQUIDATION

1. Constructive Trusts Operate in Equity

Under Florida law, a constructive trust is an equitable remedy imposed to prevent unjust enrichment. Courts may impose such a trust when property is wrongfully withheld from its rightful owner. See Provence v. Palm Beach Taverns, Inc., 676 So. 2d 1022 (Fla. 4th DCA 1996).

2. Unjust Enrichment & Misappropriation

The Clerk of Court and related entities have acted under color of law to convert or administratively absorb the private trust assets without lawful authorization or probate jurisdiction. This gives rise to a constructive trust by operation of law. See Watson v. Publix Super Markets, Inc., 543 So. 2d 932 (Fla. 4th DCA 1989).

3. Trustee's Standing and Authority

The Plaintiff, acting through a duly recorded trust agreement and filed Affidavit of Trustee Capacity, has standing to assert equitable control. Per Fla. Stat. § 736.0703, the trustee possesses legal authority to bring suit for redress and recovery of trust property.

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT

IN AND FOR ORANGE COUNTY, FLORIDA

**II. EQUITABLE MAXIMS SUPPORTING RELIEF**

- Equity regards as done that which ought to have been done.

- Equity will not suffer a wrong to be without a remedy.

- Equity abhors forfeiture and conversion without consent.


**III. PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Recognize the existence of a constructive trust holding estate assets;

2. Confirm Plaintiff's authority as trustee under ecclesiastical and equitable law;

3. Order equitable liquidation of all property and interest held in the constructive trust, returning title to the Plaintiff;

4. Grant such other and further relief as the Court deems just and proper.


Respectfully submitted,

By: Hester, Ta-Sha Lavonne

TA SHA LAVONNE HESTER ECCLESIASTICAL TRUST

By: Ta-Sha Lavonne Hester, Trustee

Date: July 31, 2025