IN THE CIRCUIT/COUNTY COURT OF THE __9th__ JUDICIAL CIRCUIT
IN AND FOR __Orange__ COUNTY, FLORIDA

Ta-Sha Lavonne Hester Trustee of
TA-SHA LAVONNE HESTER ECCLESIASTICAL TRUST

CASE NO. __2025-CA-006216-0__

Plaintiff/Petitioner or In the Interest of

vs.

__ORANGE COUNTY CLERK OF COURT ET AL__

__ Defendant//Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have __2__ dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
   Are you Married?...Yes....No    Does your Spouse Work?...Yes....No    Annual Spouse Income? $_____

2. **I have a net income of $__0.00__** paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
   *(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments,* ***minus*** *deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income** paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
   *(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

   | | | | | |
   |---|---|---|---|---|
   | Second Job | Yes $____ **No** | Veterans' benefits | Yes $____ | **No** |
   | Social Security benefits | | Workers compensation | Yes $____ | **No** |
   | For you | Yes $____ **No** | Income from absent family members | **Yes** $ 771.44 | No |
   | For child(ren) | Yes $____ **No** | Stocks/bonds | Yes $____ | **No** |
   | Unemployment compensation | Yes $____ **No** | Rental income | Yes $____ | **No** |
   | Union payments | Yes $____ **No** | Dividends or interest | Yes $____ | **No** |
   | Retirement/pensions | Yes $____ **No** | Other kinds of income not on the list | Yes $____ | **No** |
   | Trusts | Yes $____ **No** | Gifts | Yes $____ | **No** |

   I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

   | | | | | |
   |---|---|---|---|---|
   | Cash | **Yes** $ 20.48  No | Savings account | Yes $____ | **No** |
   | Bank account(s) | Yes $____ **No** | Stocks/bonds | Yes $____ | **No** |
   | Certificates of deposit or | | Homestead Real Property* | Yes $____ | **No** |
   | Money market accounts | Yes $____ **No** | Motor Vehicle* | Yes $____ | **No** |
   | Boats* | Yes $____ **No** | Non-homestead real property/real estate* | Yes $____ | **No** |
   | | | Other assets* | Yes $____ | **No** |

   Check one: I ( ) DO (✓) DO NOT expect to receive more assets in the near future. The asset is _____.

5. **I have total liabilities and debts of $_____** as follows: Motor Vehicle $_____, Home $_____, Boat $_____, Non-homestead Real Property $_____, Child Support paid direct $_____, Credit Cards $_____, Medical Bills $_____, Cost of medicines (monthly) $_____, Other $_____.

6. **I have a private lawyer in this case** ____Yes   ✓No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge.**

Signed on __July 31st__, 20__25__.

By: *[signature]* Hester Ta-Sha Lavonne
Signature of Applicant for Indigent Status

__1985__   __5-77-0__
Year of Birth   Last 4 digits of Driver License or ID Number

Print Full Legal Name: __Ta-Sha Lavonne Hester__
Phone Number/s: __689.444.7772__

Email address: _____

Address: __5178 Stone Harbour Rd Orlando, Florida 32808__
Street, City, State, Zip Code

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

---

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ( ) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on _____, 20 ____.

Clerk of the Circuit Court
By _____, Deputy Clerk

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**
Sign here if you want the judge to review the clerk's decision _____

07/01/2014 - upd 7-20-18



IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

| | |
|---|---|
| TA-SHA LAVONNE HESTER™, by and through Ta-Sha Lavonne, Trustee and Executrix<br>Plaintiff, | Case No. 2025-CA-006216-O<br>DIVISION: _CIVIL -Equity____ |
| v. | |
| Florida Department of Vital Statistics, Social Security Administration, Internal Revenue Service,Florida Highway Safety and Motor Vehicles, U.S. Department of the Treasury, Orange County Comptroller, Florida Department of Financial Services, Department of Education, U.S. Army, DTCC, GSA, Bureau of the Fiscal Service, and the major credit bureaus including Experian, Equifax, and TransUnion. | |

## AMENDED PETITION FOR EQUITABLE RELIEF AND DAMAGES FOR EQUITABLE RELIEF, DAMAGES, AND TRUST RECONSTRUCTION

Plaintiff Ta-Sha Lavonne Hester is a living woman, proceeding as Trustee, Executrix, and Beneficiary of her private estate and trust, files this civil equity complaint seeking relief from the unauthorized creation, use, and exploitation of her legal estate by multiple government, financial, and custodial institutions.

## PARTIES

1. Plaintiff, Ta-Sha Lavonne Hester is the living woman, domiciled at 9048 Summit Centre Way, Apt. 108, Orlando, Florida 32810, appearing in her private capacity as Trustee, Executrix, and Beneficiary of the TA-SHA LAVONNE HESTER™ Estate and Ecclesiastical Trust.

2. Defendants include the Florida Department of Vital Statistics, Social Security Administration, Internal Revenue Service, F lorida Highway Safety and Motor Vehicles U.S. Department of the Treasury, Orange County Comptroller, Florida Department of Financial Services, Department of Education, U.S. Army, DTCC, GSA, Bureau of the Fiscal Service and the major credit bureaus including Experian, Equifax, and TransUnion. Additional parties may be named after discovery.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to Article V of the Florida Constitution and the Florida Statutes, including Chapters 26 and 86, granting this Court authority to hear civil

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

matters in law and equity. Venue is proper in Orange County, Florida, because the Plaintiff resides here, and the events giving rise to this petition, including administrative actions and fiduciary breaches, occurred within this jurisdiction.

## CAUSES OF ACTION UNDER FLORIDA LAW

1. **Forced Labor and Involuntary Servitude**
   Plaintiff alleges violation of her liberty through non-consensual labor compelled by government-affiliated custodians. Under **Florida Statutes § 787.06(3)(a)**, it is unlawful to knowingly or recklessly engage in trafficking of a person for labor or services. This conduct constitutes coercion and violates the Plaintiff's rights as protected by **Florida Constitution, Article I, Section 2**, which prohibits involuntary servitude.

2. **Human Trafficking Through Identity Exploitation**
   Plaintiff asserts that the unauthorized use and monetization of her legal name, birthright estate, and personal identifiers constitutes trafficking in violation of **Florida Statutes § 787.06(3)(f) and (g)**, which prohibit coercion or unauthorized benefit from the trafficking of persons for labor or services. Public and private custodians who knowingly profited from such unauthorized uses are in direct violation of this provision.

3. **Debt Bondage by Unauthorized Commercial Conversion**
   The Plaintiff alleges the unlawful use of her estate's legal identity to create or enforce financial obligations without consent. Under **Florida Statutes § 787.06(2)(d)**, "debt bondage" occurs when services are demanded for repayment of an unliquidated or falsified debt. The practice of presuming financial obligations through manipulated scoring or silent contracts tied to estate securities meets this statutory definition.

4. **Identity Theft and Misappropriation of Identifiers**
   Plaintiff alleges that her personal identifiers, including her birth certificate, Social Security Number (as recorded by the state), and affiliated accounts, were fraudulently used without her consent. This constitutes a violation of **Florida Statutes § 817.568**, which criminalizes the unauthorized use or possession of personal identifying information. Further, **§ 817.5681** holds custodians liable for failing to protect such data from misuse or breach.

5. **Breach of Fiduciary Duty by Custodians and Financial Institutions**
   Plaintiff alleges that public officials and financial entities profited from holding or managing her estate interests without lawful disclosure or accounting. This conduct violates **Florida Statutes § 655.055**, which prohibits fiduciaries from

gaining through undisclosed or unauthorized means. Additionally, **§ 518.11** (Prudent Investor Rule) requires all fiduciaries to manage assets solely in the best interests of the beneficiary, a standard not met in Plaintiff's case.

6. **Economic Harm and Captivity Through Risk-Based Profiling**
   Plaintiff has endured homelessness, denial of credit, and exclusion from essential services due to improper risk-based algorithms applied to her identifiers. This discriminatory treatment contravenes **Florida Statutes § 760.01 et seq.**, the Florida Civil Rights Act, which protects individuals from economic discrimination and ensures access to credit, employment, and housing.

7. **Constructive Trust by State Through Birth Certificate Registration**
   Plaintiff asserts that a constructive trust estate was initiated by state fiduciaries at the time of her birth through the issuance of a birth certificate by the **Florida Department of Health**, without disclosure, consent, or fiduciary accountability. This administrative act, in combination with the mishandling of identifiers by public custodians, violates **Florida Statutes § 382.013 and § 382.016**, governing the registration of vital records. The commercial misuse of that record further implicates **§ 655.055 and § 817.568**, supporting Plaintiff's claim of non-consensual debt bonding and identity exploitation.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Issue injunctive relief to prevent further exploitation of the Plaintiff's estate.
2. Order equitable liquidation and accounting of all constructive trusts and accounts tied to the estate.
3. Award monetary damages and disgorgement of all unjust enrichment.
4. Recognize Plaintiff's ecclesiastical and private trust authority over her estate.
5. Grant such further relief as the Court deems just and proper.

Respectfully submitted,

By: *Ta-Sha Lavonne Hester*
Ta-Sha Lavonne Hester, Trustee and Executrix
9048 Summit Centre Way, Apt. 108
Orlando, Florida 32810
Email:tashahesterestate@gmail.com

Ta-Sha Lavonne Hester
P.O. Box 680765
Orlando, FL 32868
mshester25@gmail.com

August 01, 2025

Clerk of the Court
Orange County Clerk of Courts
425 N. Orange Avenue
Orlando, FL 32801

RE: Case No. 2025-CA-006216-O
In re: Ta-Sha Lavonne Hester
Division: Hon. Luis F. Calderon

Dear Clerk,

Please find enclosed the re-submission of the proposed Final Order on Equitable Liquidation of Constructive Trust Estate, pursuant to the request from the Judicial Assistant for the Honorable Luis F. Calderon. This proposed order references the hearing that was held on August 1, 2025, at 11:45 AM before Judge Calderon.

Kindly file this cover letter with the re-submitted proposed order in the referenced case.

Respectfully,

By: *[signature]*

Ta-Sha Lavonne Hester
Trustee and Executrix

**IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA**

Case number: 2025-CA-006216-O
Hearing re: Affidavit of Verified
Complaint for Declaratory and
Injunctive Relief

## COURT MINUTES

COURT OPENED 11:45 AM on 1st day of August, 2025 in Video/Audio/Tele Conference
This case came on this day for Summary Judgment
Honorable Calderon, Luis F , presiding

Ta Sha Lavonne Hester
_____
      Petitioner / Plaintiff
VS
 Internal Revenue Service; Florida Department Of Financial Services; Florida Department Of Vital Statistics; Social Security Administration; U.s. Department Of The Treasury; Orange County Comptroller; Department Of Education,; U.s. Army,; Dtcc,; Gsa; Bureau Of The Fiscal Service; Equifax,; Transunion.; F Lorida Highway Safety And Motor Vehicles; Experian
_____
 _    Respondent / Defendant

Parties Present:
Court Reporter:   N/A
Court Deputy:     N/A

Plaintiff failed to appear
Attorney Lisa Young appeared on behalf of the Defendant


COURT RULES AS FOLLOWS:  The Court conducted the Hearing re: Affidavit of Verified Complaint for Declaratory and Injunctive Relief and will grant the Plaintiffs Ore Tenue Motion for Leave to Amend Complaint within ten (10) days.

Hearing held via In Person

COURT RECESSED at 11:51 AM on this the 1st day of August, 2025, subject to call.
Filed in Open Court on 08/01/2025
Deputy Clerk in Attendance: s/Kim F.

Office of Tiffany M. Russell, Orange County Clerk of the Circuit and County Courts

Ta-Sha Lavonne Hester, Trustee and Executrix
9048 Summit Centre Way, Apt. 108
Orlando, Florida 32810
Email:tashahesterestate@gmail.com

August 01, 2025
Clerk of the Court
Orange County Clerk of Courts
425 N. Orange Avenue
Orlando, FL 32801

RE: Case No. 2025-CA-006216-O
In re: Ta-Sha Lavonne Hester
Division: Hon. Luis F. Calderon

Dear Clerk,

Please find enclosed the **AMENDED PETITION FOR EQUITABLE RELIEF AND DAMAGES FOR EQUITABLE RELIEF, DAMAGES, AND TRUST RECONSTRUCTION.** Proposed Order sent via email and the 15 Summons for the Clerk.
Kindly file this cover letter with the re-submitted proposed order in the referenced case.

Respectfully,

By: *[signature]*

Ta-Sha Lavonne Hester
Trustee and Executrix

IN THE CIRCUIT/COUNTY COURT OF THE __9th__ JUDICIAL CIRCUIT
IN AND FOR __Orange__ COUNTY, FLORIDA

Ta-Sha Lavonne Hester Trustee of
TA-SHA LAVONNE HESTER ECCLESIASTICAL TRUST

CASE NO. __2025-CA-006216-0__

Plaintiff/Petitioner or In the Interest of

vs.

_ORANGE COUNTY CLERK OF COURT ET AL_
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have __2__ dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
   Are you Married?...Yes....No    Does your Spouse Work?...Yes....No    Annual Spouse Income? $_____

2. **I have a net income of $__0.00__** paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, **minus** deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income** paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | | |
|---|---|---|---|
| Second Job ........................... Yes $_____ | No | Veterans' benefits ................. Yes $_____ | No |
| Social Security benefits | | Workers compensation ...... Yes $_____ | No |
|    For you.................... Yes $_____ | No | Income from absent family members ... Yes $ 771.44 | No |
|    For child(ren) ........... Yes $_____ | No | Stocks/bonds ..................... Yes $_____ | No |
| Unemployment compensation ... Yes $_____ | No | Rental income ................... Yes $_____ | No |
| Union payments ............. Yes $_____ | No | Dividends or interest .......... Yes $_____ | No |
| Retirement/pensions ........ Yes $_____ | No | Other kinds of income not on the list ... Yes $_____ | No |
| Trusts ............................ Yes $_____ | No | Gifts .............................. Yes $_____ | No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | | |
|---|---|---|---|
| Cash ........................... Yes $ 20.48 | No | Savings account ................. Yes $_____ | No |
| Bank account(s) ........... Yes $_____ | No | Stocks/bonds ..................... Yes $_____ | No |
| Certificates of deposit or | | Homestead Real Property* ...... Yes $_____ | No |
| Money market accounts ... Yes $_____ | No | Motor Vehicle* ................. Yes $_____ | No |
| Boats* ........................ Yes $_____ | No | Non-homestead real property/real estate* ... Yes $_____ | No |
| | | Other assets* ..................... Yes $_____ | No |

Check one: I ( ) DO (✓) DO NOT expect to receive more assets in the near future. The asset is _____.

5. **I have total liabilities and debts of** $_____ as follows: Motor Vehicle $_____, Home $_____, Boat $_____, Non-homestead Real Property $_____, Child Support paid direct $_____, Credit Cards $_____, Medical Bills $_____, Cost of medicines (monthly) $_____, Other $_____.

6. **I have a private lawyer in this case** ......... ___Yes   ✓ No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge.**

Signed on __July 31st__, 20__25__.

_By: Hester Ta-Sha Kan_
Signature of Applicant for Indigent Status

__1985__   __5-77-0__
Year of Birth   Last 4 digits of Driver License or ID Number

Print Full Legal Name: __Ta-Sha Lavonne Hester__
Phone Number/s: __689.444.7772__

Email address: _____

Address: __5178 Stone Harbour Rd Orlando, Florida 32808__
Street, City, State, Zip Code

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

-----

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ( ) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on _____, 20____.

Clerk of the Circuit Court
By _____, Deputy Clerk

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**

Sign here if you want the judge to review the clerk's decision _____



IN THE CIRCUIT/COUNTY COURT OF THE **9th** JUDICIAL CIRCUIT
IN AND FOR **Orange** COUNTY, FLORIDA

Ta-Sha Lavonne Hester Trustee of
TA-SHA LAVONNE HESTER ECCLESIASTICAL TRUST
Plaintiff/Petitioner or In the Interest of

vs.

_ORANGE COUNTY CLERK OF COURT ET AL_
__Defendant//Respondent

CASE NO. **2025-CA-006216-0**

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have __2__ dependents.** (Include only those persons you list on your U.S. Income tax return.)
   Are you Married?...Yes....No   Does your Spouse Work?...Yes....No   Annual Spouse Income? $_____

2. **I have a net income of $__0.00__** paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
   (Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, **minus** deductions required by law and other court-ordered payments such as child support.)

3. **I have other income** paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
   (Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")

   | | | | |
   |---|---|---|---|
   | Second Job ................................ Yes $_____ **No** | | Veterans' benefits ....................... Yes $_____ **No** | |
   | Social Security benefits | | Workers compensation ............... Yes $_____ **No** | |
   |   For you.................................. Yes $_____ **No** | | Income from absent family members ...... **Yes** $ 771.44   No | |
   |   For child(ren) ........................ Yes $_____ **No** | | Stocks/bonds ................................ Yes $_____ **No** | |
   | Unemployment compensation ...... Yes $_____ **No** | | Rental income ............................... Yes $_____ **No** | |
   | Union payments ........................ Yes $_____ **No** | | Dividends or interest .................. Yes $_____ **No** | |
   | Retirement/pensions ................. Yes $_____ **No** | | Other kinds of income not on the list .... Yes $_____ **No** | |
   | Trusts ........................................ Yes $_____ **No** | | Gifts .................................................. Yes $_____ **No** | |

   I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** (Circle "yes" and fill in the value of the property, otherwise circle "No")

   | | | | |
   |---|---|---|---|
   | Cash ........................................... **Yes** $ 20.48   No | | Savings account ................................ Yes $_____ **No** | |
   | Bank account(s) ....................... Yes $_____ **No** | | Stocks/bonds .................................... Yes $_____ **No** | |
   | Certificates of deposit or | | Homestead Real Property* ............ Yes $_____ **No** | |
   | Money market accounts ............ Yes $_____ **No** | | Motor Vehicle* ................................. Yes $_____ **No** | |
   | Boats* ....................................... Yes $_____ **No** | | Non-homestead real property/real estate* ...... Yes $_____ **No** | |
   | | | Other assets* .................................... Yes $_____ **No** | |

   Check one: I ( ) DO (✓) DO NOT expect to receive more assets in the near future. The asset is _____.

5. **I have total liabilities and debts of** $_____ as follows: Motor Vehicle $_____, Home $_____, Boat $_____, Non-homestead Real Property $_____, Child Support paid direct $_____, Credit Cards $_____, Medical Bills $_____, Cost of medicines (monthly) $_____, Other $_____.

6. **I have a private lawyer in this case** ......... ___Yes   ✓No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge.**

Signed on **July 31st**, 20**25**.

Signature of Applicant for Indigent Status: *By: Hester Ta-Sha Kan*

**1985**   **5-77-0**
Year of Birth   Last 4 digits of Driver License or ID Number

Print Full Legal Name: **Ta-Sha Lavonne Hester**
Phone Number/s: **689.444.7772**

Email address: _____

Address: **5178 Stone Harbour Rd Orlando, Florida 32808**
Street, City, State, Zip Code

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

---

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be (**X**) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on **08/04/**, 20**25**.

Tiffany Moore Russell, Clerk of Courts
/s/ *Toju Jacob*
Deputy Clerk
Civil Division
425 N Orange Ave
Room 350
Orlando, FL 32801

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**
Sign here if you want the judge to review the clerk's decision _____

07/01/2014 - upd 7-20-18



