Filing # 228686946 E-Filed 08/04/2025 04:34:33 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006216-O

TA-SHA LAVONNE HESTER™, by and through
Ta-Sha Lavonne Hester, Trustee and Executrix,
Plaintiff,

v.

Florida Department of Vital Statistics, Social Security Administration,
Internal Revenue Service, Florida Highway Safety and Motor Vehicles,
U.S. Department of the Treasury, Orange County Comptroller,
Florida Department of Financial Services, Department of Education,
U.S. Army, DTCC, GSA, Bureau of the Fiscal Service,
Experian, Equifax, TransUnion,
Defendant

SUMMONS

TO: Florida Department of Vital Statistics
1217 N. Pearl Street
Jacksonville, FL 32202

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff, whose name and
address appear below, a written response to the attached Amended Petition within 20
calendar days after service of this summons upon you, exclusive of the day of service. The
original response must be filed with the Clerk of the Court either before service on Plaintiff
or immediately thereafter. Failure to respond may result in a default being entered against
you for the relief demanded.

Plaintiff Contact:
Ta-Sha Lavonne Hester
9048 Summit Centre Way, Apt. 108
Orlando, FL 32810
Email: tashahesterestate@gmail.com

DATED this __5__ day of __August__, 2025.

Tiffany Moore Russell, Clerk of Courts
/s/ Scrolan Bradac
Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

Filing # 228686946 E-Filed 08/04/2025 04:34:33 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006216-O

TA-SHA LAVONNE HESTER™, by and through
 Ta-Sha Lavonne Hester, Trustee and Executrix,
Plaintiff,

v.

Florida Department of Vital Statistics, Social Security Administration,
Internal Revenue Service, Florida Highway Safety and Motor Vehicles,
U.S. Department of the Treasury, Orange County Comptroller,
Florida Department of Financial Services, Department of Education,
U.S. Army, DTCC, GSA, Bureau of the Fiscal Service,
Experian, Equifax, TransUnion,
Defendant

SUMMONS

TO: Social Security Administration
Office of the General Counsel
6401 Security Blvd.
Baltimore, MD 21235

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff, whose name and
address appear below, a written response to the attached Amended Petition within 20
calendar days after service of this summons upon you, exclusive of the day of service. The
original response must be filed with the Clerk of the Court either before service on Plaintiff
or immediately thereafter. Failure to respond may result in a default being entered against
you for the relief demanded.

Plaintiff Contact:
Ta-Sha Lavonne Hester
9048 Summit Centre Way, Apt. 108
Orlando, FL 32810
Email: tashahesterestate@gmail.com

DATED this __5__ day of __August__, 2025.

Tiffany Moore Russell, Clerk of Courts
/s/ Scrolan Bradac
Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

Filing # 228686946 E-Filed 08/04/2025 04:34:33 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006216-O

TA-SHA LAVONNE HESTER™, by and through
Ta-Sha Lavonne Hester, Trustee and Executrix,
Plaintiff,

v.

Florida Department of Vital Statistics, Social Security Administration,
Internal Revenue Service, Florida Highway Safety and Motor Vehicles,
U.S. Department of the Treasury, Orange County Comptroller,
Florida Department of Financial Services, Department of Education,
U.S. Army, DTCC, GSA, Bureau of the Fiscal Service,
Experian, Equifax, TransUnion
Defendant

SUMMONS

TO: Internal Revenue Service
Office of Chief Counsel
1111 Constitution Ave NW
Washington, DC 20224

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff, whose name and
address appear below, a written response to the attached Amended Petition within 20
calendar days after service of this summons upon you, exclusive of the day of service. The
original response must be filed with the Clerk of the Court either before service on Plaintiff
or immediately thereafter. Failure to respond may result in a default being entered against
you for the relief demanded.

Plaintiff Contact:
Ta-Sha Lavonne Hester
9048 Summit Centre Way, Apt. 108
Orlando, FL 32810
Email: tashahesterestate@gmail.com

DATED this __5__ day of __August__, 2025.

Tiffany Moore Russell, Clerk of Courts

/s/ Scrolan Bradac

Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

Filing # 228686946 E-Filed 08/04/2025 04:34:33 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006216-O

TA-SHA LAVONNE HESTER™, by and through
Ta-Sha Lavonne Hester, Trustee and Executrix,
Plaintiff,

v.

Florida Department of Vital Statistics, Social Security Administration,
Internal Revenue Service, Florida Highway Safety and Motor Vehicles,
U.S. Department of the Treasury, Orange County Comptroller,
Florida Department of Financial Services, Department of Education,
U.S. Army, DTCC, GSA, Bureau of the Fiscal Service,
Experian, Equifax, TransUnion
Defendant

SUMMONS

TO: U.S. Department of the Treasury
Office of General Counsel
1500 Pennsylvania Avenue NW
Washington, DC 20220

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff, whose name and
address appear below, a written response to the attached Amended Petition within 20
calendar days after service of this summons upon you, exclusive of the day of service. The
original response must be filed with the Clerk of the Court either before service on Plaintiff
or immediately thereafter. Failure to respond may result in a default being entered against
you for the relief demanded.

Plaintiff Contact:
Ta-Sha Lavonne Hester
9048 Summit Centre Way, Apt. 108
Orlando, FL 32810
Email: tashahesterestate@gmail.com

DATED this __5__ day of __August__, 2025.

Tiffany Moore Russell, Clerk of Courts
*/s/ Scrolan Bradac*
Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

Filing # 228686946 E-Filed 08/04/2025 04:34:33 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006216-O

TA-SHA LAVONNE HESTER™, by and through
Ta-Sha Lavonne Hester, Trustee and Executrix,
Plaintiff,

v.

Florida Department of Vital Statistics, Social Security Administration,
Internal Revenue Service, Florida Highway Safety and Motor Vehicles,
U.S. Department of the Treasury, Orange County Comptroller,
Florida Department of Financial Services, Department of Education,
U.S. Army, DTCC, GSA, Bureau of the Fiscal Service,
Experian, Equifax, TransUnion
Defendant

SUMMONS

TO: Orange County Comptroller
201 South Rosalind Avenue
Orlando, FL 32801

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff, whose name and
address appear below, a written response to the attached Amended Petition within 20
calendar days after service of this summons upon you, exclusive of the day of service. The
original response must be filed with the Clerk of the Court either before service on Plaintiff
or immediately thereafter. Failure to respond may result in a default being entered against
you for the relief demanded.

Plaintiff Contact:
Ta-Sha Lavonne Hester
9048 Summit Centre Way, Apt. 108
Orlando, FL 32810
Email: tashahesterestate@gmail.com

DATED this __5__ day of __August__, 2025.

Tiffany Moore Russell, Clerk of Courts
/s/ Scrolan Bradac
Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

Filing # 228686946 E-Filed 08/04/2025 04:34:33 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006216-O

TA-SHA LAVONNE HESTER™, by and through
Ta-Sha Lavonne Hester, Trustee and Executrix,
Plaintiff,

v.

Florida Department of Vital Statistics, Social Security Administration,
Internal Revenue Service, Florida Highway Safety and Motor Vehicles,
U.S. Department of the Treasury, Orange County Comptroller,
Florida Department of Financial Services, Department of Education,
U.S. Army, DTCC, GSA, Bureau of the Fiscal Service,
Experian, Equifax, TransUnion,
Defendant

SUMMONS

TO: Florida Department of Financial Services
200 East Gaines Street
Tallahassee, FL 32399-0301

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff, whose name and
address appear below, a written response to the attached Amended Petition within 20
calendar days after service of this summons upon you, exclusive of the day of service. The
original response must be filed with the Clerk of the Court either before service on Plaintiff
or immediately thereafter. Failure to respond may result in a default being entered against
you for the relief demanded.

Plaintiff Contact:
Ta-Sha Lavonne Hester
9048 Summit Centre Way, Apt. 108
Orlando, FL 32810
Email: tashahesterestate@gmail.com

DATED this __5__ day of __August__, 2025.

Tiffany Moore Russell, Clerk of Courts

/s/ Scrolan Bradac

Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

Filing # 228686946 E-Filed 08/04/2025 04:34:33 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006216-O

TA-SHA LAVONNE HESTER™, by and through
Ta-Sha Lavonne Hester, Trustee and Executrix,
Plaintiff,

v.

Florida Department of Vital Statistics, Social Security Administration,
Internal Revenue Service, Florida Highway Safety and Motor Vehicles,
U.S. Department of the Treasury, Orange County Comptroller,
Florida Department of Financial Services, Department of Education,
U.S. Army, DTCC, GSA, Bureau of the Fiscal Service,
Experian, Equifax, TransUnion

SUMMONS

TO: Department of Education
General Counsel
400 Maryland Ave SW
Washington, DC 20202

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff, whose name and
address appear below, a written response to the attached Amended Petition within 20
calendar days after service of this summons upon you, exclusive of the day of service. The
original response must be filed with the Clerk of the Court either before service on Plaintiff
or immediately thereafter. Failure to respond may result in a default being entered against
you for the relief demanded.

Plaintiff Contact:
Ta-Sha Lavonne Hester
9048 Summit Centre Way, Apt. 108
Orlando, FL 32810
Email: tashahesterestate@gmail.com

DATED this __5__ day of __August__, 2025.

Tiffany Moore Russell, Clerk of Courts

*/s/ Scrolan Bradac*

Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

Filing # 228686946 E-Filed 08/04/2025 04:34:33 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006216-O

TA-SHA LAVONNE HESTER™, by and through
Ta-Sha Lavonne Hester, Trustee and Executrix,
Plaintiff,

v.

Florida Department of Vital Statistics, Social Security Administration,
Internal Revenue Service, Florida Highway Safety and Motor Vehicles,
U.S. Department of the Treasury, Orange County Comptroller,
Florida Department of Financial Services, Department of Education,
U.S. Army, DTCC, GSA, Bureau of the Fiscal Service,
Experian, Equifax, TransUnion,
Defendant

SUMMONS

TO: U.S. Army
1600 Spearhead Division Ave, Dept 600
Fort Knox, KY 40122-5400

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff, whose name and address appear below, a written response to the attached Amended Petition within 20 calendar days after service of this summons upon you, exclusive of the day of service. The original response must be filed with the Clerk of the Court either before service on Plaintiff or immediately thereafter. Failure to respond may result in a default being entered against you for the relief demanded.

Plaintiff Contact:
Ta-Sha Lavonne Hester
9048 Summit Centre Way, Apt. 108
Orlando, FL 32810
Email: tashahesterestate@gmail.com

DATED this __5__ day of __August__, 2025.



Tiffany Moore Russell, Clerk of Courts
/s/ Scrolan Bradac
Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

Filing # 228686946 E-Filed 08/04/2025 04:34:33 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006216-O

TA-SHA LAVONNE HESTER™, by and through
Ta-Sha Lavonne Hester, Trustee and Executrix,
Plaintiff,

v.

Florida Department of Vital Statistics, Social Security Administration,
Internal Revenue Service, Florida Highway Safety and Motor Vehicles,
U.S. Department of the Treasury, Orange County Comptroller,
Florida Department of Financial Services, Department of Education,
U.S. Army, DTCC, GSA, Bureau of the Fiscal Service,
Experian, Equifax, TransUnion,
Defendant

SUMMONS

TO: DTCC
Legal Department
570 Washington Boulevard,
Jersey City, NJ 07310

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff, whose name and
address appear below, a written response to the attached Amended Petition within 20
calendar days after service of this summons upon you, exclusive of the day of service. The
original response must be filed with the Clerk of the Court either before service on Plaintiff
or immediately thereafter. Failure to respond may result in a default being entered against
you for the relief demanded.

Plaintiff Contact:
Ta-Sha Lavonne Hester
9048 Summit Centre Way, Apt. 108
Orlando, FL 32810
Email: tashahesterestate@gmail.com

DATED this __5__ day of __August__, 2025.

Tiffany Moore Russell, Clerk of Courts
/s/ Scrolan Bradac
Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801