IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006216-O

TA-SHA LAVONNE HESTER™, by and through
Ta-Sha Lavonne Hester, Trustee and Executrix,
Plaintiff,

v.

Florida Department of Vital Statistics, Social Security Administration,
Internal Revenue Service, Florida Highway Safety and Motor Vehicles,
U.S. Department of the Treasury, Orange County Comptroller,
Florida Department of Financial Services, Department of Education,
U.S. Army, DTCC, GSA, Bureau of the Fiscal Service,
Experian, Equifax, TransUnion,
Defendant

SUMMONS

TO: GSA
Office of General Counsel
1800 F Street NW
Washington, DC 20405

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff, whose name and address appear below, a written response to the attached Amended Petition within 20 calendar days after service of this summons upon you, exclusive of the day of service. The original response must be filed with the Clerk of the Court either before service on Plaintiff or immediately thereafter. Failure to respond may result in a default being entered against you for the relief demanded.

Plaintiff Contact:
Ta-Sha Lavonne Hester
9048 Summit Centre Way, Apt. 108
Orlando, FL 32810
Email: tashahesterestate@gmail.com

DATED this 5 day of August, 2025.

Tiffany Moore Russell, Clerk of Courts
/s/ Scrolan Bradac
Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006216-O

TA-SHA LAVONNE HESTER™, by and through
Ta-Sha Lavonne Hester, Trustee and Executrix,
Plaintiff,

v.

Florida Department of Vital Statistics, Social Security Administration,
Internal Revenue Service, Florida Highway Safety and Motor Vehicles,
U.S. Department of the Treasury, Orange County Comptroller,
Florida Department of Financial Services, Department of Education,
U.S. Army, DTCC, GSA, Bureau of the Fiscal Service,
Experian, Equifax, TransUnion,
Defendant

SUMMONS

TO: Bureau of the Fiscal Service
3201 Pennsy Drive, Building E
Landover, MD 20785

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff, whose name and address appear below, a written response to the attached Amended Petition within 20 calendar days after service of this summons upon you, exclusive of the day of service. The original response must be filed with the Clerk of the Court either before service on Plaintiff or immediately thereafter. Failure to respond may result in a default being entered against you for the relief demanded.

Plaintiff Contact:
Ta-Sha Lavonne Hester Hester
9048 Summit Centre Way, Apt. 108
Orlando, FL 32810
Email: tashahesterestate@gmail.com

DATED this 5 day of August, 2025.

Tiffany Moore Russell, Clerk of Courts
/s/ Scrolan Bradac
Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

CLERK CIRCUIT COURT • ORANGE COUNTY • FLORIDA

Filing # 228686946 E-Filed 08/04/2025 04:34:33 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006216-O

TA-SHA LAVONNE HESTER™, by and through
Ta-Sha Lavonne Hester, Trustee and Executrix,
Plaintiff,

v.

Florida Department of Vital Statistics, Social Security Administration,
Internal Revenue Service, Florida Highway Safety and Motor Vehicles,
U.S. Department of the Treasury, Orange County Comptroller,
Florida Department of Financial Services, Department of Education,
U.S. Army, DTCC, GSA, Bureau of the Fiscal Service,
Experian, Equifax, TransUnion,
Defendant

SUMMONS

TO: Experian.
Legal Department
475 Anton Blvd.
Costa Mesa, CA 92626

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff, whose name and address appear below, a written response to the attached Amended Petition within 20 calendar days after service of this summons upon you, exclusive of the day of service. The original response must be filed with the Clerk of the Court either before service on Plaintiff or immediately thereafter. Failure to respond may result in a default being entered against you for the relief demanded.

Plaintiff Contact:
Ta-Sha Lavonne Hester
9048 Summit Centre Way, Apt. 108
Orlando, FL 32810
Email: tashahesterestate@gmail.com

DATED this 5 day of August, 2025.

Tiffany Moore Russell, Clerk of Courts
/s/ Scrolan Bradac
Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

CLERK CIRCUIT COURT • ORANGE COUNTY • FLORIDA

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006216-O

TA-SHA LAVONNE HESTER™, by and through
Ta-Sha Lavonne Hester, Trustee and Executrix,
Plaintiff,

v.

Florida Department of Vital Statistics, Social Security Administration,
Internal Revenue Service, Florida Highway Safety and Motor Vehicles,
U.S. Department of the Treasury, Orange County Comptroller,
Florida Department of Financial Services, Department of Education,
U.S. Army, DTCC, GSA, Bureau of the Fiscal Service,
Experian, Equifax, TransUnion,
Defendant.

SUMMONS

TO: Equifax
Legal Department
1550 Peachtree Street NW
Atlanta, GA 30309

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff, whose name and address appear below, a written response to the attached Amended Petition within 20 calendar days after service of this summons upon you, exclusive of the day of service. The original response must be filed with the Clerk of the Court either before service on Plaintiff or immediately thereafter. Failure to respond may result in a default being entered against you for the relief demanded.

Plaintiff Contact:
Ta-Sha Lavonne Hester
9048 Summit Centre Way, Apt. 108
Orlando, FL 32810
Email: tashahesterestate@gmail.com

DATED this 5 day of August, 2025.

Tiffany Moore Russell, Clerk of Courts
/s/ Scrolan Bradac
Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

CLERK CIRCUIT COURT • ORANGE COUNTY • FLORIDA

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006216-O

TA-SHA LAVONNE HESTER™, by and through
Ta-Sha Lavonne Hester, Trustee and Executrix,
Plaintiff,

v.

Florida Department of Vital Statistics, Social Security Administration,
Internal Revenue Service, Florida Highway Safety and Motor Vehicles,
U.S. Department of the Treasury, Orange County Comptroller,
Florida Department of Financial Services, Department of Education,
U.S. Army, DTCC, GSA, Bureau of the Fiscal Service,
Experian, Equifax, TransUnion,
Defendant.

SUMMONS

TO: TransUnion
Attention: Office of General Counsel,
555 W. Adams St., Chicago, IL 60661

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff, whose name and address appear below, a written response to the attached Amended Petition within 20 calendar days after service of this summons upon you, exclusive of the day of service. The original response must be filed with the Clerk of the Court either before service on Plaintiff or immediately thereafter. Failure to respond may result in a default being entered against you for the relief demanded.

Plaintiff Contact:
Ta-Sha Lavonne Hester
9048 Summit Centre Way, Apt. 108
Orlando, FL 32810
Email: tashahesterestate@gmail.com

DATED this 5 day of August, 2025.

Tiffany Moore Russell, Clerk of Courts
/s/ Scrolan Bradac
Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

CLERK CIRCUIT COURT • ORANGE COUNTY • FLORIDA

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006216-O

TA-SHA LAVONNE HESTER™, by and through
Ta-Sha Lavonne Hester, Trustee and Executrix,
Plaintiff,

v.

Florida Department of Vital Statistics, Social Security Administration,
Internal Revenue Service, Florida Highway Safety and Motor Vehicles,
U.S. Department of the Treasury, Orange County Comptroller,
Florida Department of Financial Services, Department of Education,
U.S. Army, DTCC, GSA, Bureau of the Fiscal Service,
Experian, Equifax, TransUnion,
Defendant.

SUMMONS

TO: Florida Highway Safety and Motor Vehicles
Office of the Executive Director / General Counsel
2900 Apalachee Parkway, MS A432
Tallahassee, FL 32399-0500

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff, whose name and address appear below, a written response to the attached Amended Petition within 20 calendar days after service of this summons upon you, exclusive of the day of service. The original response must be filed with the Clerk of the Court either before service on Plaintiff or immediately thereafter. Failure to respond may result in a default being entered against you for the relief demanded.

Plaintiff Contact:
Ta-Sha Lavonne Hester
9048 Summit Centre Way, Apt. 108
Orlando, FL 32810
Email: tashahesterestate@gmail.com

DATED this 5 day of August, 2025.

Tiffany Moore Russell, Clerk of Courts
/s/ Scrolan Bradac
Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006216-O
DIVISION: CIVIL – Equity

TA-SHA LAVONNE HESTER™, by
and through Ta-Sha Lavonne, Trustee and Executrix

Plaintiff,

v.

Florida Department of Vital Statistics, Social Security Administration, Internal Revenue Service,Florida Highway Safety and Motor Vehicles, U.S. Department of the Treasury, Orange County Comptroller, Florida Department of Financial Services, Department of Education, U.S. Army, DTCC, GSA, Bureau of the Fiscal Service, and the major credit bureaus including Experian, Equifax, and TransUnion. _
_______________________________,
Defendants.

CERTIFICATE OF SERVICE

I, Ta-Sha Lavonne Hester, hereby certify that on the 6th day of August, 2025, I served copies of the Summons and related pleadings by Certified Mail to the following parties and addresses, with receipts attached:

1. Florida Department of Vital Statistics, 1217 N. Pearl Street, Jacksonville, FL 32202

2. Social Security Administration – Office of the General Counsel, 6401 Security Blvd., Baltimore, MD 21235

3. Internal Revenue Service – Office of Chief Counsel, 1111 Constitution Ave NW, Washington, DC 20224

4. Florida Highway Safety and Motor Vehicles – Office of the Executive Director / General Counsel, 2900 Apalachee Parkway, MS A432, Tallahassee, FL 32399-0500

5. U.S. Department of the Treasury – Office of General Counsel, 1500 Pennsylvania Avenue NW, Washington, DC 20220

6. Orange County Comptroller, 201 South Rosalind Avenue, Orlando, FL 32801

7. Florida Department of Financial Services, 200 East Gaines Street, Tallahassee, FL 32399-0301

8. Department of Education – General Counsel, 400 Maryland Ave SW, Washington, DC 20202

9. U.S. Army, 1600 Spearhead Division Ave, Dept 600, Fort Knox, KY 40122-5400

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

10. DTCC – Legal Department, 570 Washington Boulevard, Jersey City, NJ 07310

11. GSA – Office of General Counsel, 1800 F Street NW, Washington, DC 20405

12. Bureau of the Fiscal Service, 3201 Pennsy Drive, Building E, Landover, MD 20785

13. Experian – Legal Department, 475 Anton Blvd., Costa Mesa, CA 92626

14. Equifax – Legal Department, 1550 Peachtree Street NW, Atlanta, GA 30309

15. TransUnion – Office of General Counsel, 555 W. Adams Street, Chicago, IL 60661

Attached hereto are true and correct copies of the USPS Certified Mail Receipts evidencing service on each recipient.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 08/06/2025

By: Hester, Ta-Sha
Ta-Sha Lavonne Hester
9048 Summit Centre Way, Apt. 108
Orlando, FL 32810
Email: tashahesterestate@gmail.com

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Jersey City, NJ 07310
OFFICIAL USE
Certified Mail Fee $5.30
$4.40
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $0.00
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $
Postage $1.90
Total Postage and Fees $11.60
0316
20
Postmark Here
AUG 6 2025
08/06/2025
Sent To
DTCC
Legal Department
570 Washington Boulevard,
Jersey City, NJ 07310
9589 0710 5270 1896 2255 67

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Atlanta, GA 30362
OFFICIAL USE
Certified Mail Fee $5.30
$4.40
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $0.00
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $
Postage $1.90
Total Postage and Fees $11.60
0316
20
Postmark Here
AUG 6 2025
08/06/2025
Sent To Dept of the Treasury Internal Revenue Service
Street and Apt. No., or PO Box No. PO Box 621505
City, State, ZIP+4® Atlanta GA 30362-1505
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions
9589 0710 5270 2317 2898 67

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Hyattsville, MD 20785
OFFICIAL USE
Certified Mail Fee $5.30
$4.40
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $0.00
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $
Postage $1.90
Total Postage and Fees $11.60
0316
20
Postmark Here
AUG -6 2025
08/06/2025
Sent To
Bureau of the Fiscal Service
3201 Pennsy Drive, Building E
Landover, MD 20785
9589 0710 5270 1896 2255 43

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Jacksonville, FL 32202
OFFICIAL USE
Certified Mail Fee $5.30
$4.40
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $0.00
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $
Postage $1.90
Total Postage and Fees $11.60
0316
20
Postmark Here
AUG -6 2025
08/06/2025
Sent To
Florida Department of Vital Statistics
1217 N. Pearl Street
Jacksonville, FL 32202
9589 0710 5270 1896 2255 50

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Fort Knox, KY 40122
OFFICIAL USE
Certified Mail Fee $5.30
$4.40
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $0.00
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $
Postage $1.90
Total Postage and Fees $11.60
0316
20
Postmark Here
AUG -6 2025
08/06/2025
Sent To
U.S. Army
1600 Spearhead Division Ave,
Dept 600
Fort Knox, KY 40122-5400
9589 0710 5270 1896 2255 36

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Washington, DC 20202
OFFICIAL USE
Certified Mail Fee $5.30
$4.40
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $0.00
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $
Postage $1.90
Total Postage and Fees $11.60
0316
20
Postmark Here
AUG -6 2025
08/06/2025
Sent To
Department of Education
General Counsel
400 Maryland Ave SW
Washington, DC 20202
9589 0710 5270 1896 2255 29

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Tallahassee, FL 32399

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.40 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.90 |
| Total Postage and Fees | $11.60 |

0316 20

Postmark Here

08/06/2025

Sent To:

Florida Department of Financial Services
200 East Gaines Street
Tallahassee, FL 32399-0301

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

9589 0710 5270 2317 2892 62

For delivery information, visit our website at www.usps.com®.

Baltimore, MD 21235

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.40 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.90 |
| Total Postage and Fees | $11.60 |

0316 20

Postmark Here

08/06/2025

Sent To:

Social Security Administration
Office of the General Counsel
6401 Security Blvd.
Baltimore, MD 21235

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Orlando, FL 32801

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.40 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.90 |
| Total Postage and Fees | $11.60 |

0316 20

Postmark Here

08/06/2025

Sent To:

Orange County Comptroller
201 South Rosalind Avenue
Orlando, FL 32801

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

9589 0710 5270 2317 2892 50

For delivery information, visit our website at www.usps.com®.

Washington, DC 20224

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.40 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $1.90 |
| Total Postage and Fees | $11.60 |

0316 20

Postmark Here

08/06/2025

Sent To:

Internal Revenue Service
Office of Chief Counsel
1111 Constitution Ave NW
Washington, DC 20224

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20220

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.40 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.90 |
| Total Postage and Fees | $11.60 |

0316 20

Postmark Here

08/06/2025

Sent To:

U.S. Department of the Treasury
Office of General Counsel
1500 Pennsylvania Avenue NW
Washington, DC 20220

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

9589 0710 5270 2317 3342 71

For delivery information, visit our website at www.usps.com®.

Costa Mesa, CA 92626

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.40 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.90 |
| Total Postage and Fees | $11.60 |

0316 20

Postmark Here

08/06/2025

Sent To:

Experian.
Legal Department
475 Anton Blvd.
Costa Mesa, CA 92626



9589 0710 5270 2317 3342 64

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Tallahassee, FL 32399
OFFICIAL USE

Certified Mail Fee $5.30
$ $4.40
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.90
$
Total Postage and Fees $11.60
$

0316
20
Postmark Here
AUG - 6 2025
08/06/2025

Sent To
Florida Highway Safety and Motor Vehicles
Office of the Executive Director / General Counsel
2900 Apalachee Parkway, MS A432
Tallahassee, FL 32399-0500

9589 0710 5270 2317 2892 29

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Atlanta, GA 30309
OFFICIAL USE

Certified Mail Fee $5.30
$ $4.40
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.90
$
Total Postage and Fees $11.60
$

0316
20
Postmark Here
AUG - 6 2025
08/06/2025

Sent To
Equifax
Legal Department
1550 Peachtree Street NW
Atlanta, GA 30309

9589 0710 5270 2317 3342 40

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20405
OFFICIAL USE

Certified Mail Fee $5.30
$ $4.40
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.90
$
Total Postage and Fees $11.60
$

0316
20
Postmark Here
2025
08/06/2025

Sent To
GSA
Office of General Counsel
1800 F Street NW
Washington, DC 20405

9589 0710 5270 2317 3343 25

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Chicago, IL 60661
OFFICIAL USE

Certified Mail Fee $5.30
$ $4.40
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.90
$
Total Postage and Fees $11.60
$

0316
20
Postmark Here
AUG - 6 2025
08/06/2025

Sent To
TransUnion
Attention: Office of General Counsel,
555 W. Adams St., Chicago, IL 60661

**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA**

**TA-SHA LAVONNE HESTER,** **Case No. 2025-CA-006216-O**

**Plaintiff,**

**vs.**

**STATE OF FLORIDA, DEPARTMENT OF HEALTH, BUREAU OF VITAL STATISTICS, *et al.*,**

**Defendants.**
______________________________________/

**ANSWER AND AFFIRMATIVE DEFENSE**

The State of Florida, Department of Health, Bureau of Vital Statistics ("Bureau"), by and through undersigned counsel, files its Answer and Affirmative Defense to Amended Petition.

ANSWER

In answer to the Amended Petition, the Bureau states as follows:

"PARTIES"

1. Without knowledge of Plaintiff's domicile and the capacity in which Plaintiff appears.
2. Admit the Defendants named in Plaintiff's Petition.

"JURISDICTION AND VENUE"

3. The Florida Constitution and Florida Statutes speak for themselves.

"CAUSES OF ACTION UNDER FLORIDA LAW"

1. The Florida Constitution and Florida Statutes speak for themselves. Otherwise, without knowledge.
2. The Florida Statutes speak for themselves. Otherwise, without knowledge.
3. The Florida Statutes speak for themselves. Otherwise, without knowledge.
4. The Florida Statutes speak for themselves. Otherwise, without knowledge.

5. The Florida Statutes speak for themselves. Otherwise, without knowledge.

6. The Florida Statutes speak for themselves. Otherwise, without knowledge.

7. The Florida Statutes speak for themselves. Otherwise, without knowledge.

AFFIRMATIVE DEFENSE

Under Fla. Rule Civ. Pro. 1.140(b)(6), Plaintiff fails to state a cause of action on which relief may be granted. Merely reciting the Florida Constitution or Florida Statutes without more does not constitute fact-pleading sufficient to sustain a cause of action. *Ginsberg v. Lennar Florida Holdings, Inc.*, 645 So. 2d 490 (Fla. 3d DCA 1994).

WHEREFORE, the Bureau of Vital Statistics answers the Amended Petition and states that Plaintiff has failed to state a cause of action against the Bureau and, therefore, this action should be dismissed with prejudice as to the Bureau.

Respectfully submitted this 13th day of August, 2025.

/s/ Steven D. Griffin
Steven D. Griffin
Senior Attorney
Florida Bar Number 140589
Florida Department of Health
4052 Bald Cypress Way, Bin A-02
Tallahassee, Florida 32399-1703
(850) 245-4707 (Telephone)
(850) 413-8743 (Facsimile)
Steven.Griffin@flhealth.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Answer was sent to Petitioner, via the Florida Courts E-filing Portal at tashahester27@gmail.com this 13th day of August, 2025.

/s/ Steven D. Griffin
Steven D. Griffin

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2025-CA-006216-O
DIVISION: 40

STATE OF FLORIDA )
COUNTY OF ORANGE ) ss.

**AFFIDAVIT OF TRUTH AND REBUTTAL TO DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSE**

I, Ta-Sha Lavonne Hester, being of lawful age, competent to testify, and having first-hand knowledge of the facts stated herein, do hereby swear and affirm under penalty of perjury that the following statements are true and correct:

**SECTION 1 – AFFIDAVIT OF TRUTH IN SUPPORT OF AMENDED PETITION**

1. Plaintiff is the living woman and the authorized Trustee, Sole Exclusive Beneficiary and Executrix of the estate and trust associated with the name TA-SHA LAVONNE HESTER™, asserting equitable and fiduciary standing in this matter.
2. Plaintiff's Florida Certificate of Live Birth (Exhibit A) evidences the creation of a state-administered vital record at the time of her birth, without full disclosure, informed consent, or a fiduciary accounting.
3. The NCVHS Vital Records report, at page 7 (Exhibit B), illustrates the current birth registration process, showing the interstate and national exchange of personal identifiers, along with payments between agencies, evidencing a commercial dimension to the registration process.
4. The NCVHS Vital Records report, at page 8 (Exhibit C), illustrates the current death registration process, showing the lifecycle management and monetization of vital records, further supporting the existence of a constructive trust estate initiated without consent.
5. Florida Statutes §§ 382.013 and 382.016 govern the registration and amendment of vital records; § 655.055 addresses the confidentiality of financial records; and § 817.568 prohibits the criminal use of personal identification information.
6. The creation, use, and undisclosed monetization of Plaintiff's birth record and associated identifiers constitute a breach of fiduciary duty and give rise to a constructive trust in favor of Plaintiff.
7. Plaintiff invokes the equitable jurisdiction of this Court to compel a full fiduciary accounting, reconveyance, and trust reconstruction to restore control over the constructive trust estate.

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

**SECTION 2 – POINT-BY-POINT REBUTTAL TO DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSE**

8. As to Defendant's Paragraph 1 ("Without knowledge of Plaintiff's domicile and the capacity in which Plaintiff appears"), Affiant rebuts and states that Plaintiff's domicile and capacity are clearly stated in the Amended Petition, ¶1, and are a matter of public record. Demand is made for strict proof to the contrary.
9. As to Defendant's Paragraph 2 (admission of Defendants named), Affiant acknowledges this admission and incorporates it into the record as an undisputed fact.
10. As to Defendant's Paragraph 3 ("Florida Constitution and Statutes speak for themselves"), Affiant rebuts and states that the Amended Petition contains ultimate facts, specific statutory citations, and direct factual allegations of acts and omissions by the Bureau.
11. As to Defendant's Responses to the seven causes of action, Affiant rebuts each, asserting that the Petition alleges specific factual conduct beyond statutory language, including unauthorized identity use, debt bondage, fiduciary breach, and constructive trust creation, which satisfy the pleading standard under Fla. R. Civ. P. 1.110(b).
12. As to Defendant's Affirmative Defense under Fla. R. Civ. P. 1.140(b)(6), Affiant rebuts and states that the Petition alleges ultimate facts that, if taken as true, entitle Plaintiff to relief under Florida law. The defense misstates the sufficiency of the pleadings and fails to address the specific factual allegations made.

**DEMAND FOR VERIFIED RESPONSE**

Affiant demands that the Defendant respond to each paragraph of this Affidavit under oath, point-by-point, with sworn testimony, within the time prescribed by the Florida Rules of Civil Procedure, or else stand in admission by failure to rebut.

FURTHER AFFIANT SAYETH NAUGHT.

Executed this 14th day of July, 2025.

[signature]

Ta-Sha Lavonne Hester, Affiant
Trustee, Sole Equitable Beneficiary
and Executrix, in private capacity

STATE OF FLORIDA
COUNTY OF ORANGE

Sworn to (or affirmed) and subscribed before me by means of ☐ physical presence or ☐ online notarization, this 14 day of July, 2025, by Ta-Sha Lavonne Hester, who is

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

personally known to me or has produced H236-812-85-770-0 as identification.

Sherie Rogers
Notary Public, State of Florida
My Commission Expires: 05-11-2026

Notary Public State of Florida
Sherie Rogers
My Commission
HH 263846
Exp. 5/11/2026

## EXHIBITS LIST

**Exhibit A: Florida Certificate of Live Birth**

**Exhibit B: NCVHS Vital Records Report – Birth Registration Process (Page 7)**

**Exhibit C: NCVHS Vital Records Report – Death Registration Process (Page 8)**

**Exhibit D: Copy: Florida Statutes § 382.013 – Live Birth Registration**

**Exhibit E: Copy: Florida Statutes § 382.025 – Vital Record Certification and Disclosure**

**Exhibit F: Copy: SSA POMS RM 10210.275 – [redacted]ation Verification Procedure**

**Exhibit G: Copy: Florida Statutes § 382.016 – Amendment/Substitution of Records**

**Exhibit H: Copy: SECTION 0135SECTION 0135Social security numbers[redacted] [redacted]birth program**

STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

# BUREAU of VITAL STATISTICS

**Exhibit A**

85 037917

## CERTIFICATE OF LIVE BIRTH
FLORIDA 109-

LOCAL FILE NO. 85 7001

| Field | Entry |
|---|---|
| 1. CHILD—NAME (First, Middle, Last) | Ta-Sha Lavonne Hester |
| 2. SEX | Female |
| 3a. DATE OF BIRTH (Mo., Day, Yr.) | July 30, 1985 |
| 3b. HOUR | 7:21p M |
| 4a. HOSPITAL—NAME (If not in hospital, give street and number) | Orlando Regional Medical Center |
| 4b. CITY, TOWN OR LOCATION OF BIRTH | Orlando |
| 4c. COUNTY OF BIRTH | Orange |
| 5a. I certify that the stated information concerning this child is true to the best of my knowledge and belief. (Signature) | Barbara E. Baughn (signature) |
| 5b. DATE SIGNED (Mo., Day, Year) | July 31,1985 |
| 5c. NAME AND TITLE OF ATTENDANT AT BIRTH IF OTHER THAN CERTIFIER (Type or print) | Eduardo Marmo,, M.D. |
| 5d. CERTIFIER—NAME AND TITLE (Type or print) | Barbara E. Baughn, Birth Cert. Clerk |
| 5e. MAILING ADDRESS (Street or R.F.D. No., City or Town, State, Zip) | 1416 S. Orange Avenue, Orlando, Fla.32806 |
| 6a. REGISTRAR (Signature) | Harriette R. Chambers (signature) DEPUTY REGISTRAR |
| 6b. DATE RECEIVED BY REGISTRAR (Mo., Day, Yr.) | AUG - 6 1985 |
| 7a. MOTHER—MAIDEN NAME (First, Middle, Last) | Tancie Lee Bostic |
| 7b. AGE (At time of this birth) | 23 |
| 7c. STATE OF BIRTH (If not in U.S.A., name country) | Florida |
| 8a. RESIDENCE—STATE | Florida |
| 8b. COUNTY | Orange |
| 8c. CITY, TOWN OR LOCATION | Orlando |
| 8d. STREET AND NUMBER OF RESIDENCE | 5939 B. Winegard Rd. |
| 8e. INSIDE CITY LIMITS (Specify yes or no) | yes |
| 9. MOTHER'S MAILING ADDRESS—(If same as above, enter Zip Code only) | 32809 |
| 10a. FATHER—NAME (First, Middle, Last) | LeRoy Hester, Jr. |
| 10b. AGE (At time of this birth) | 28 |
| 10c. STATE OF BIRTH (If not in U.S.A., name country) | Florida |
| 11a. I certify that the personal information provided on this certificate is correct to the best of my knowledge and belief. (Signature of Parent) | Tancie L. Hester (signature) |

### INFORMATION FOR MEDICAL AND HEALTH USE ONLY

| Field | Entry |
|---|---|
| 12a. RACE—MOTHER (e.g. White, Black, American Indian, etc.) (Specify) | Black |
| 13a. RACE—FATHER (e.g., White, Black, American Indian, etc.) (Specify) | Black |
| 14. BIRTH WEIGHT | 6 lbs. 14oz. |
| 15a. THIS BIRTH—Single, twin, triplet, etc. | Single |
| 15b. IF NOT SINGLE BIRTH—Born first, second, third, etc. (Specify) | |
| 16. IS MOTHER MARRIED? (Specify yes or no) | Yes |
| 12b. ORIGIN OR DESCENT-MOTHER (e.g., Italian, Mexican, German, Puerto Rican, English, Cuban, etc. (Specify) | American |
| 13b. ORIGIN OR DESCENT-FATHER (e.g., Italian, Mexican, German, Puerto Rican, English, Cuban, etc. (Specify) | American |
| 18. EDUCATION—MOTHER (Specify only highest grade completed) Elementary or Secondary (0-12) / College (1-4, or 5+) | / 1 |
| 19. EDUCATION—FATHER (Specify only highest grade completed) Elementary or Secondary (0-12) / College (1-4 or 5+) | / 3+ |
| 17a. LIVE BIRTHS (Do not include this Child) Now living | Number 1 |
| 17b. Now dead | Number — None ☒ |
| 17d. OTHER TERMINATIONS (Spontaneous and Induced) Before 20 weeks | Number — None ☒ |
| 17e. 20 weeks or after | Number — None ☒ |
| 17c. DATE OF LAST LIVE BIRTH (Month, Year) | 8-22-83 |
| 17f. DATE OF LAST OTHER TERMINATION (as indicated in d or e above) (Mo., Yr.) | none |
| 20. DATE LAST NORMAL MENSES BEGAN (Mo., Day, Yr.) | 10-84 |
| 21a. MO. OF PREGNANCY PRENATAL CARE BEGAN 1st, 2nd, etc. (Specify) | unknown |
| 21b. PRENATAL VISITS Total No. (If none, so state) | unknown |
| 22a. APGAR SCORE 1 min. | 9 |
| 22b. APGAR SCORE 5 min. | 9 |
| 23. COMPLICATIONS OF PREGNANCY (Describe or write "none") | None |
| 24. CONCURRENT ILLNESSES OR CONDITIONS AFFECTING THE PREGNANCY (Describe or write "none") | None |
| 25. COMPLICATIONS OF LABOR AND/OR DELIVERY (Describe or write "none") | None |
| 26. CONGENITAL MALFORMATIONS OR ANOMALIES OF CHILD (Describe or write "none") | None |
| 27. PROPHYLACTIC DRUG USED IN BABY'S EYES? State Drug Used: | Aureomycin Oint. TIME GIVEN AFTER BIRTH 30 mins. |
| 28. DID INFANT HAVE BLOOD TEST FOR PKU? | yes |
| 29a. DID MOTHER HAVE BLOOD TEST FOR SYPHILIS? | yes |
| 29b. DATE OF TEST (If no blood test was made, state reason on back of certificate.) | July 30, 1985 |

VOID IF ALTERED OR ERASED

Ken Jones (signature), STATE REGISTRAR

DATE ISSUED: April 11, 2025
REQ: 2026875364

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

GREAT SEAL OF THE STATE OF FLORIDA — IN GOD WE TRUST

*49824691*

DH FORM 1946 (08/01/2022)

**Exhibit B**

**Figure 2. Current death registration process for a state vital records jurisdiction**

Legend for Figure 2:
—— Solid black and green lines denote typical processes and payments, respectively
- - - - Dashed black and green lines denote other, less common processes and payments, respectively

CMS = Centers for Medicare and Medicaid Services
CR = Cancer Registry
DMF = Death Master File
DMV = Department of Motor Vehicles
DoD = U.S. Department of Defense
DoS = U.S. Department of State
ED = Emergency Department
EDRS = Electronic Death Registration System
EHR-S = Electronic Health Record System
EVVE = Electronic Verification of Vital Events
EVVE FOD = Electronic Verification of Vital Events Fact of Death
IIS = Immunization Information System
LADMF = Limited Access Death Master File
ME/C = Medical Examiner / Coroner
NCHS = National Center for Health Statistics
NDI = National Death Index
NTIS = National Technical Information Service
NVDRS = National Violent Death Reporting System
SAMS = Secure Access Management Services
SHD = State Health Department
SSA = Social Security Administration
STEVE = State and Territorial Exchange of Vital Events System
VRO = Vital Records Office
VRS = Vital Registration System
VSCP = Vital Statistics Cooperative Program

## Uses and users of identified birth and death records

Uses and users of identified[3] birth and death records are shown in Tables 1 and 2, respectively. These uses and users include individuals who use their birth certificate to establish their identity for various legal and administrative purposes; the Social Security Administration (SSA), which uses birth data to facilitate the issuance of Social Security Numbers (SSN) to persons born in the United States and death data to terminate the payment of benefits; and private organizations, which use death data to pay benefits and to prevent fraud.

[3] "Identified records" refers to one or more of records, each of which contains information sufficient to identity the subject of the record, such as name, name of mother, and location and date of birth on a birth record.

**Exhibit C**

**Figure 1. Current birth registration process for a state vital records jurisdiction**

Legend for Figure 1:

—— Solid black and green lines denote typical processes and payments, respectively

- - - - Dashed black and green lines denote other, less common processes and payments, respectively

[2] Payments by users to providers of vital records or vital statistics data are shown by green lines with "$$".

DMV = Department of Motor Vehicles
EAB = Enumeration at Birth
EBRS = Electronic Birth Registration System
EHR-S = Electronic Health Record System
EVVE = Electronic Verification of Vital Events
IIS = Immunization Information System
NBS = Newborn Screening
NCHS = National Center for Health Statistics
OB = Obstetrician or comparable health care provider
Ped = Pediatrician
SAMS = Secure Access Management Services
SHD = State Health Department
SSA = Social Security Administration
SSN = Social Security Number
STEVE = State and Territorial Exchange of Vital Events System
VRS = Vital Registration System
VSCP = Vital Statistics Cooperative Program

**Exhibit D**

Select Year: 2024 Go

# The 2024 Florida Statutes (including 2025 Special Session C)

| Title XXIX PUBLIC HEALTH | Chapter 382 VITAL STATISTICS | View Entire Chapter |
|---|---|---|

**382.013 Birth registration.**—A certificate for each live birth that occurs in this state shall be filed within 5 days after such birth in the department's electronic registration system with the local registrar of the district in which the birth occurred and shall be registered by the local registrar if the certificate has been completed and filed in accordance with this chapter and adopted rules. The information regarding registered births shall be used for comparison with information in the state case registry, as defined in chapter 61.

(1) FILING.—

(a) If a birth occurs in a hospital, birth center, or other health care facility, or en route thereto, the person in charge of the facility is responsible for preparing the certificate, certifying the facts of the birth, and filing the certificate in the department's electronic registration system with the local registrar. Within 48 hours after the birth, the physician, midwife, or person in attendance during or immediately after the delivery shall provide the facility with the medical information required by the birth certificate.

(b) If a birth occurs outside a facility and a physician licensed in this state, a certified nurse midwife, a midwife licensed in this state, or a public health nurse employed by the department was in attendance during or immediately after the delivery, that person shall prepare and file the certificate.

(c) If a birth occurs outside a facility and the delivery is not attended by one of the persons described in paragraph (b), the person in attendance, the mother, or the father shall report the birth to the registrar and provide proof of the facts of birth. The department may require such documents to be presented and such proof to be filed as it deems necessary and sufficient to establish the truth of the facts to be recorded by the certificate and may withhold registering the birth until its requirements are met.

(d) If a birth occurs in a moving conveyance and the child is first removed from the conveyance in this state, the birth shall be filed and registered in this state and the place to which the child is first removed shall be considered the place of birth.

(e) The mother or the father of the child shall attest to the accuracy of the personal data entered on the certificate in time to permit the timely registration of the certificate.

(f) If a certificate of live birth is incomplete, the local registrar shall immediately notify the health care facility or person filing the certificate and shall require the completion of the missing items of information if they can be obtained before issuing certified copies of the birth certificate.

(g) Regardless of any plan to place a child for adoption after birth, the information on the birth certificate as required by this section must be as to the child's birth parents unless and until an application for a new birth record is made under s. 63.152.

(h) The State Registrar may receive electronically a birth certificate for each live birth which is required to be filed with the registrar under this chapter through facsimile or other electronic transfer for the purpose of filing the birth certificate. The receipt of a birth certificate by electronic transfer constitutes delivery to the State Registrar as required by law.

(2) PATERNITY.—

(a) If the mother is married at the time of birth, the name of the husband shall be entered on the birth certificate as the father of the child, unless paternity has been determined otherwise by a court of competent jurisdiction.

(b)   Notwithstanding paragraph (a), if the husband of the mother dies while the mother is pregnant but before the birth of the child, the name of the deceased husband shall be entered on the birth certificate as the father of the child, unless paternity has been determined otherwise by a court of competent jurisdiction.

(c)   If the mother is not married at the time of the birth, the name of the father may not be entered on the birth certificate without the execution of an affidavit signed by both the mother and the person to be named as the father. The facility shall give notice orally or through the use of video or audio equipment, and in writing, of the alternatives to, the legal consequences of, and the rights, including, if one parent is a minor, any rights afforded due to minority status, and responsibilities that arise from signing an acknowledgment of paternity, as well as information provided by the Title IV-D agency established pursuant to s. 409.2557, regarding the benefits of voluntary establishment of paternity. Upon request of the mother and the person to be named as the father, the facility shall assist in the execution of the affidavit, a notarized voluntary acknowledgment of paternity, or a voluntary acknowledgment of paternity that is witnessed by two individuals and signed under penalty of perjury as specified by s. 92.525(2).

(d)   If the paternity of the child is determined by a court of competent jurisdiction as provided under s. 382.015 or there is a final judgment of dissolution of marriage which requires the former husband to pay child support for the child, the name of the father and the surname of the child shall be entered on the certificate in accordance with the finding and order of the court. If the court fails to specify a surname for the child, the surname shall be entered in accordance with subsection (3).

(e)   If the paternity of the child is determined pursuant to s. 409.256, the name of the father and the surname of the child shall be entered on the certificate in accordance with the finding and order of the Department of Revenue.

(f)   If the mother and father marry each other at any time after the child's birth, upon receipt of a marriage license that identifies any such child, the department shall amend the certificate with regard to the parents' marital status as though the parents were married at the time of birth.

(g)   If the father is not named on the certificate, no other information about the father shall be entered on the certificate.

(3)   NAME OF CHILD.—

(a)   If the mother is married at the time of birth, the mother and father whose names are entered on the birth certificate shall select the given names and surname of the child if both parents have custody of the child, otherwise the parent who has custody shall select the child's name.

(b)   If the mother and father whose names are entered on the birth certificate disagree on the surname of the child and both parents have custody of the child, the surname selected by the father and the surname selected by the mother shall both be entered on the birth certificate, separated by a hyphen, with the selected names entered in alphabetical order. If the parents disagree on the selection of a given name, the given name may not be entered on the certificate until a joint agreement that lists the agreed upon given name and is notarized by both parents is submitted to the department, or until a given name is selected by a court.

(c)   If the mother is not married at the time of birth, the parent who will have custody of the child shall select the child's given name and surname.

(d)   If multiple names of the child exceed the space provided on the face of the birth certificate they shall be listed on the back of the certificate. Names listed on the back of the certificate shall be part of the official record.

(4)   UNDETERMINED PARENTAGE.—The person having custody of a child of undetermined parentage shall register a birth certificate showing all known or approximate facts relating to the birth. To assist in later determination, information concerning the place and circumstances under which the child was found shall be included on the portion of the birth certificate relating to marital status and medical details. In the event the child is later identified, a new birth certificate shall be prepared which shall bear the same number as the original birth certificate, and the original certificate shall be sealed and filed, shall be confidential and exempt from the provisions of s. 119.07(1), and shall not be opened to inspection by, nor shall certified copies of the same be issued except by court order to, any person other than the registrant if of legal age.

(5) DISCLOSURE.—The original certificate of live birth shall contain all the information required by the department for legal, social, and health research purposes. However, all information concerning parentage, marital status, and medical details shall be confidential and exempt from the provisions of s. 119.07(1), except for health research purposes as approved by the department, nor shall copies of the same be issued except as provided in s. 382.025.

**History.**—s. 13, ch. 6892, 1915; RGS 2083; CGL 3283; s. 1, ch. 77-319; s. 150, ch. 79-400; s. 11, ch. 87-387; s. 3, ch. 94-318; s. 1036, ch. 95-148; s. 43, ch. 97-170; s. 96, ch. 97-237; ss. 19, 46, ch. 98-397; s. 17, ch. 99-397; s. 10, ch. 2001-53; s. 8, ch. 2004-334; s. 15, ch. 2005-39; s. 5, ch. 2006-118; s. 3, ch. 2010-187; s. 7, ch. 2023-71.

**Note.**—Former s. 382.16.

Copyright © 1995-2025 The Florida Legislature • Privacy Statement • Contact Us

Exhibit E

# The Florida Senate

## 2022 Florida Statutes (Including 2022C, 2022D, 2022A, and 2023B)

| Title XXIX PUBLIC HEALTH | Chapter 382 VITAL STATISTICS Entire Chapter | **SECTION 025 Certified copies of vital records; confidentiality; research.** |
|---|---|---|

**382.025 Certified copies of vital records; confidentiality; research.—**

(1) BIRTH RECORDS.—Except for birth records over 100 years old which are not under seal pursuant to court order, all birth records of this state shall be confidential and are exempt from the provisions of s. 119.07(1).

(a) Certified copies of the original birth certificate or a new or amended certificate, or affidavits thereof, are confidential and exempt from the provisions of s. 119.07(1) and, upon receipt of a request and payment of the fee prescribed in s. 382.0255, shall be issued only as authorized by the department and in the form prescribed by the department, and only:

1. To the registrant, if the registrant is of legal age, is a certified homeless youth, or is a minor who has had the disabilities of nonage removed under s. 743.01 or s. 743.015;
2. To the registrant's parent or guardian or other legal representative;
3. Upon receipt of the registrant's death certificate, to the registrant's spouse or to the registrant's child, grandchild, or sibling, if of legal age, or to the legal representative of any of such persons;
4. To any person if the birth record is over 100 years old and not under seal pursuant to court order;
5. To a law enforcement agency for official purposes;
6. To any agency of the state or the United States for official purposes upon approval of the department; or
7. Upon order of any court of competent jurisdiction.

(b) To protect the integrity of vital records and prevent the fraudulent use of the birth certificates of deceased persons, the department shall match birth and death certificates and post the fact of death to the appropriate birth certificate. Except for a commemorative birth certificate, any certification of a birth certificate of a deceased registrant shall be marked "deceased." In the case of a commemorative birth certificate, such indication of death shall be made on the back of the certificate.

(c) The department shall issue, upon request and upon payment of an additional fee as prescribed under s. 382.0255, a commemorative birth certificate representing that the birth of the person named thereon is recorded in the office of the registrar. The certificate issued under this paragraph shall be in a form consistent with the need to protect the integrity of vital records but shall be suitable for display. It may bear the seal of the state printed thereon and may be signed by the Governor.

(2) OTHER RECORDS.—

(a) The department shall authorize the issuance of a certified copy of all or part of any marriage, dissolution of marriage, or death or fetal death certificate, excluding that portion which is confidential and exempt from the provisions of s. 119.07(1) as provided under s. 382.008, to any person requesting it upon receipt of a request and payment of the fee prescribed by this section. A certification of the death or fetal death certificate which includes the confidential portions shall be issued only:

1. To the registrant's spouse or parent, or to the registrant's child, grandchild, or sibling, if of legal age, or to any person who provides a will that has been executed pursuant to s. 732.502, insurance policy, or other document that demonstrates his or her interest in the estate of the registrant, or to any person who provides documentation that he or she is acting on behalf of any of them;
2. To any agency of the state or local government or the United States for official purposes upon approval of the department; or
3. Upon order of any court of competent jurisdiction.

(b) All portions of a certificate of death shall cease to be exempt from the provisions of s. 119.07(1) 50 years after the date of death.

Social Security

**Exhibit F**

# Program Operations Manual System (POMS)

Effective Dates: 02/19/2013 - Present

**TN 56 (06-24)**

## RM 10210.275 [redacted]ation for U.S. Born Person under Age One

Take the following steps to establish age for an [redacted]ant under age one:

### A. Determine whether the applicant has an SSN

Follow instructions in RM 10205.510A, Interview to determine if a parent (or other proper applicant) filed an [redacted]ation via EAB, to determine if an application was previously filed for the child and search for the SSN. Also search the SSNAP pending file using all names provided to determine if an application is pending in SSNAP.

#### 1. Child has an SSN

If the child has an SSN, determine if additional action is needed.

- For a name change, see RM 10212.010
- For a DOB change, see RM 10210.295.
- For information about other Numident data changes, see RM 10212.200.
- If the request is for a new SSN [redacted]ted child, see RM 10225.055 and RM 10225.060.
- If an SSN is found and non-receipt of the card is alleged, see RM 10215.060.
- If the applicant wishes to file for a replacement card, but no Numident changes are needed, evidence of age is not required. However, see RM 10205.400 for information on yearly and lifetime card limits which went into effect beginning 12/17/05.

(c) The department shall issue, upon request and upon payment of an additional fee prescribed by this section, a commemorative marriage license representing that the marriage of the persons named thereon is recorded in the office of the registrar. The certificate issued under this paragraph shall be in a form consistent with the need to protect the integrity of vital records but shall be suitable for display. It may bear the seal of the state printed thereon and may be signed by the Governor.

(3) RECORDS AND DATA DISTRIBUTION.—The department may issue vital records or data to:

(a) A federal agency, if the agency shares in the cost of collecting, processing, and transmitting such data and if the data is only used by the federal agency for statistical purposes or for other purposes specifically authorized by the department.

(b) An office of vital statistics for a jurisdiction outside this state, pursuant to an agreement with the department, when such records or other reports relate to residents of that jurisdiction or persons born in that jurisdiction. The agreement must require that the copies be used for statistical and administrative purposes only and must provide for the retention and disposition of such copies.

(c) Other governmental agencies upon such terms or conditions as may be prescribed by the department.

(d) A research entity, if the entity seeks the records or data pursuant to a research protocol approved by the department and maintains the records or data in accordance with the approved protocol and a purchase and data-use agreement with the department. The department may deny a request for records or data if the protocol provides for intrusive follow-back contacts, has not been approved by a human studies institutional review board, does not plan for the destruction of confidential records after the research is concluded, or does not have scientific merit. The agreement must restrict the release of any information which would permit the identification of persons found in vital statistics records, limit the use of the records or data to the approved research protocol, and prohibit any other use of the records or data.

Records or data issued under this subsection are exempt from the provisions of s. 119.07(1), and copies of records or data issued pursuant to this subsection remain the property of the department.

(4) CERTIFIED COPIES OF ORIGINAL CERTIFICATES.—Only the state registrar and local registrars are authorized to issue any certificate which purports to be a certified copy of an original certificate of live birth, death, or fetal death. Except as provided in this section, preparing or issuing certificates is exempt from the provisions of s. 119.07(1).

(5) RULES.—The department shall adopt and enforce all rules necessary for carrying out the provisions of this section.

**History.**—s. 21, ch. 6892, 1915; RGS 2091; CGL 3291; s. 18, ch. 25372, 1949; s. 66, ch. 26869, 1951; s. 1, ch. 63-151; s. 3, ch. 67-312; s. 3, ch. 67-520; ss. 19, 35, ch. 69-106; s. 1, ch. 71-26; s. 1, ch. 73-300; s. 108, ch. 73-333; s. 4, ch. 75-166; s. 115, ch. 77-147; s. 3, ch. 77-319; s. 5, ch. 83-230; s. 15, ch. 85-224; s. 104, ch. 86-220; ss. 22, 33, ch. 87-387; s. 7, ch. 88-303; s. 8, ch. 89-3; s. 8, ch. 90-347; ss. 2, 3, ch. 91-240; s. 3, ch. 93-42; s. 10, ch. 94-265; s. 10, ch. 96-215; s. 192, ch. 96-406; s. 106, ch. 97-237; s. 21, ch. 99-397; s. 28, ch. 2003-154; s. 3, ch. 2012-186.

**Note.**— Former s. 382.35.

Disclaimer: The information on this system is unverified. The journals or printed bills of the respective chambers should be consulted for official purposes.

Copyright © 2000- 2025 State of Florida.

### 2. Child does not have an SSN

If there is no indication that the child already has an SSN, ask for primary evidence of age.

## B. Primary evidence not available

If the applicant presents alternative evidence of age and has nothing of higher probative value, do not insist that the applicant submit primary evidence (primary evidence is not required). Go to RM 10210.275G.

**IMPORTANT:** If the applicant does not have a BC for a U.S.-born individual under age one, and the child needs an SSN to receive emergency benefits or services, go to RM 10210.280. If the U.S.-born individual under age one does not need an SSN [redacted]ncy benefits or services and has no BC, Go to RM 10210.275G.

## C. Primary evidence is submitted

1. If primary evidence is submitted, perform a visual inspection of the evidence per instructions in RM 10210.210.

2. If you have any reason to believe the document does not belong to the applicant, initiate a search for a death record in the applicant's name in the same jurisdiction as the birth record.

3. If the document does not appear to belong to the applicant, or if the document can immediately be determined to be fraudulent per RM 10205.305, follow the procedure in RM 10205.325, Processing an [redacted]ation when Documents are Immediately Determined to be Fraudulent.

4. Explain to the applicant that:

   - Under the law, SSA must verify birth records, including BCs, with the custodian of the record before processing the [redacted]ation.

   - Unless you are able to verify the evidence immediately (e.g., via Electronic Verification of Vital Events (EVVE)), there may be a delay in the receipt of the SSN card because of this verification requirement. For instructions about EVVE, see GN 00302.980.

5. Give the applicant a printout of the appropriate public information materials explaining the IRTPA requirements.

6. If the document passes your review, request verification of the BC by the BVS.

## D. Request verification of the BC by the BVS

If you are not able to verify the evidence immediately (e.g., via EVVE), do the following:

- Verify primary evidence of age with the appropriate BVS per GN 00308.000 and/or local procedures. Follow existing practices for this expense; there is no special Common Accounting Number (CAN).

- See RM 10205.300 for instructions on when to code evidence of age as suspect pending verification.

- See RM 10205.310 for processing instructions when suspect documents are involved.

- Provide the applicant with the Acknowledgement letter per RM 10205.215. The Acknowledgement letter can be printed from SSNAP.

## E. BVS reports that the BC is acceptable

If the BVS verifies the applicant's BC, there is no reason to question the continued existence of the child, and all other required evidence is submitted, process the [REDACTED]ation per RM 10205.315.

## F. BVS determines that the BC is fraudulent

If the BVS does not verify the applicant's BC, do not process the [REDACTED]ation. Follow instructions in RM 10205.320.

## G. Alternative evidence is submitted

1. When alternative evidence of age is submitted, perform a visual inspection of the evidence per instructions in RM 10210.210.

2. If the document does not appear to belong to the applicant, or if the document can immediately be determined to be fraudulent per RM 10205.305, follow the procedure in RM 10205.325, Processing an [redacted]ation when Documents are Immediately Determined to be Fraudulent.

3. Explain to the applicant that:

   - Under the law, SSA must verify birth records with the custodian of the record before processing the [redacted]ation, and

   - There may be a delay in the receipt of the SSN card because of this verification requirement.

4. Give the applicant a printout of the appropriate public information materials explaining the IRTPA requirements.

5. If the document passes your review, request verification of the document.

## H. Request verification of alternative evidence

### 1. Custodian or issuing entity of the birth record is a hospital or health care provider

If the custodian or issuing entity of the birth record is a hospital or health care provider, take the following actions:

- Have the applicant sign the disclosure authorization in Part 1 of the Form SSA-L706, "Letter to Custodian of Birth Records." This release is required under the HIPAA rules and permits the hospital/health care provider to release records about the applicant's birth to SSA. The SSA-L706 is available in SSNAP. Complete applicable entries on the form per GN 00302.070.

- Provide a copy of the document submitted as a birth record for the U.S.-born individual under age one and the SSA-L706 signed by the proper applicant to the custodian/issuing entity (i.e., the hospital/health care provider).

- See RM 10205.300 for instructions on when to code evidence of age as suspect pending verification.

- Provide the applicant with the Acknowledgement letter per RM 10205.215. The Acknowledgement letter can be printed from SSNAP.

**2. Custodian or issuing entity of the birth record is not a hospital or health care provider**

- See specific references in GN 00302.000 or RM 10210.265 for instructions on how to evaluate particular types of evidence (e.g., delayed BCs, a physician's records, and school records).

- See RM 10205.300 for instructions on when to code evidence of age as suspect pending verification.

- Provide the applicant with the Acknowledgement letter per RM 10205.215. The Acknowledgement letter can be printed from SSNAP.

## I. Verifying agency reports that the evidence is acceptable

If the verifying agency reports that the evidence is acceptable, and all other required evidence is submitted, process the [redacted]ation per RM 10205.315.

## J. Verifying agency reports that the evidence is fraudulent

If the verifying agency reports that the evidence is fraudulent, do not process the [redacted] [redacted]ation. Follow instructions in RM 10205.320.

---

# The 2024 Florida Statutes (including 2025 Special Session C)

**382.016 Amendment of records.**—The department, upon receipt of the fee prescribed in s. 382.0255; documentary evidence, as specified by rule, of any misstatement, error, or omission occurring in any birth, death, or fetal death record; and an affidavit setting forth the changes to be made, shall amend or replace the original certificate as necessary.

(1) CERTIFICATE OF LIVE BIRTH AMENDMENT.—

(a) Until a child's first birthday, the child's given name or surname may be amended upon receipt of the fees prescribed in s. 382.0255 and an affidavit signed by each parent named on the original birth certificate or by the registrant's guardian. If both parents are named on the certificate but both are not willing or available to sign the affidavit, the registrant's name may only be amended by court order.

(b) Upon written request and receipt of an affidavit, a notarized voluntary acknowledgment of paternity signed by the mother and father acknowledging the paternity of a registrant born out of wedlock, or a voluntary acknowledgment of paternity that is witnessed by two individuals and signed under penalty of perjury as specified by s. 92.525(2), together with sufficient information to identify the original certificate of live birth, the department shall prepare a new birth certificate, which shall bear the same file number as the original birth certificate. The names and identifying information of the parents shall be entered as of the date of the registrant's birth. The surname of the registrant may be changed from that shown on the original birth certificate at the request of the mother and father of the registrant, or the registrant if of legal age. If the mother and father marry each other at any time after the registrant's birth, the department shall, upon receipt of a marriage license that identifies the registrant, or upon the request of the mother and father or registrant if of legal age and proof of the marriage, amend the certificate with regard to the parents' marital status as though the parents were married at the time of birth. The department shall substitute the new certificate of birth for the original certificate on file. All copies of the original certificate of live birth in the custody of a local registrar or other state custodian of vital records shall be forwarded to the State Registrar. Thereafter, when a certified copy of the certificate of birth or portion thereof is issued, it shall be a copy of the new certificate of birth or portion thereof, except when a court order requires issuance of a certified copy of the original certificate of birth. Except for a birth certificate on which a father is listed pursuant to an affidavit, a notarized voluntary acknowledgment of paternity signed by the mother and father acknowledging the paternity of a registrant born out of wedlock, or a voluntary acknowledgment of paternity that is witnessed by two individuals and signed under penalty of perjury as specified by s. 92.525(2), the department shall place the original certificate of birth and all papers pertaining thereto under seal, not to be broken except by order of a court of competent jurisdiction or as otherwise provided by law.

(c) If a father's name is listed on the birth certificate, the birth certificate may only be amended to remove the father's name or to add a different father's name upon court order. If a change in the registrant's surname is also desired, such change must be included in the court order or the name must be changed pursuant to s. 68.07.

(d) For a child born in this state whose paternity is established in another state, the department shall amend the child's birth certificate to include the name of the father upon receipt of:

1. A certified copy of an acknowledgment of paternity, final judgment, or judicial or administrative order from another state that determines the child's paternity; or

2. A noncertified copy of an acknowledgment of paternity, final judgment, or judicial or administrative order from another state that determines the child's paternity when provided with an affidavit or written declaration from the Department of Revenue that states the document was provided by or obtained from another state's Title IV-D program.

The department may not amend a child's birth certificate to include the name of the child's father if paternity was established by adoption and the father [1]would not be eligible to adopt under the laws of this state.

(e) The Department of Revenue shall develop written educational materials for use and distribution by the Department of Children and Families, Department of Corrections, Department of Education, Department of Health, and Department of Juvenile Justice that describe how paternity is established and the benefits of establishing paternity. The Department of Children and Families, Department of Corrections, Department of Education, Department of Health, and Department of Juvenile Justice shall make the materials available to individuals to whom services are provided and are encouraged to provide additional education on how paternity is established and the benefits of establishing paternity.

(2) CERTIFICATE OF DEATH AMENDMENTS.—Except for a misspelling or an omission on a death certificate with regard to the name of the surviving spouse, the department may not change the name of a surviving spouse on the certificate except by order of a court of competent jurisdiction.

**History.**—ss. 1, 2, 3, ch. 24114, 1947; s. 120, ch. 77-147; s. 14, ch. 87-387; s. 99, ch. 97-237; s. 19, ch. 99-397; s. 11, ch. 2001-53; s. 3, ch. 2004-34; s. 9, ch. 2004-334; ss. 17, 18, 19, ch. 2005-39; ss. 6, 7, ch. 2005-82; s. 5, ch. 2010-187; s. 67, ch. 2014-19.

[1]**Note.**—As enacted by s. 18, ch. 2005-39. The s. 7, ch. 2005-82, version used "is not eligible" instead of "would not be eligible."

**Note.**—Former s. 382.49.

Copyright © 1995-2025 The Florida Legislature • Privacy Statement • Contact Us

# 2024 Florida Statutes

**Exhibit H**

< Back to Statute Search

Title XXIX PUBLIC HEALTH

Chapter 382 VITAL STATISTICS

**SECTION 0135 Social security numbers; enumeration-at-birth program.**

382.0135 Social security numbers [redacted] birth program.—The department shall make arrangements with the United States Social Security Administration for electronic notification of deaths that occur in the state and to participate in the voluntary enumeration-at-birth program. The State Registrar is authorized to take any actions necessary to administer the program in this state, including modifying the procedures and forms used in the birth registration process.

History.—s. 1, ch. 88-348; s. 53, ch. 97-101; s. 97, ch. 97-237; s. 8, ch. 2015-105.

Copyright © 2000-2025 State of Florida.