**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 6:25-CV-01710-CEM-DCI**

| | |
|---|---|
| TA-SHA LAVONNE HESTER™, by and through Ta-Sha Lavonne, Trustee and Executrix,<br><br>      Plaintiff,<br><br>  v.<br><br>FLORIDA DEPARTMENT OF VITAL STATISTICS, SOCIAL SECURITY ADMINISTRATION, INTERNAL REVENUE SERVICE, FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES, U.S. DEPARTMENT OF THE TREASURY, ORANGE COUNTY COMPTROLLER, FLORIDA DEPARTMENT OF FINANCIAL SERVICES, DEPARTMENT OF EDUCATION, U.S. ARMY, DTCC, GSA, BUREAU OF THE FISCAL SERVICE, EXPERIAN EQUIFAX, TRANSUNION,<br><br>      Defendants. | |

**DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC.'S
NOTICE OF LEAD COUNSEL DESIGNATION**

      Pursuant to Middle District of Florida Local Rule 2.02(a), notice is hereby given that Gary Sonnenfeld, Esq., of Troutman Pepper Locke LLP enters his appearance as lead counsel for Defendant Experian Information Solutions, Inc. in

1

the above-captioned case. All pleadings, papers, and correspondence in this matter should be served upon the undersigned counsel.

Dated: October 21, 2025          By: */s/ Gary Sonnenfeld*
                                               Gary Sonnenfeld
                                               Florida State Bar No. 53261
                                               TROUTMAN PEPPER LOCKE LLP
                                               777 South Flagler Drive
                                               Suite 215, East Tower
                                               West Palm Beach, FL 33401
                                               Telephone: (305) 712-1572
                                               Facsimile: (561) 655-8719
                                               Email: gary.sonnenfeld@troutman.com
                                               *Counsel for Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

    Ta-Sha Lavonne Hester, Trustee and Execu
    4320 Sunbeam Rd., Apt. 1021
    Jacksonville, FL 32257
    *Pro se plaintiff*

                                */s/ Gary Sonnenfeld*
                                Gary Sonnenfeld
                                Florida State Bar No. 53261

                                *Counsel for Experian Information Solutions, Inc.*