# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

TA-SHA LAVONNE HESTER

Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION, ET AL.,

Defendants.

Case No. 6:25-CV-01710-CEM-DCI

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Patrick T. Kalbac, Esq. of the law firm of Venable LLP hereby gives Notice to the Court and all interested parties of her appearance as counsel on behalf of Defendant Experian Information Solutions, Inc. in this matter, and further requests that copies of all documents, pleadings, notices, motions, orders and any and all other papers served or filed in the above-styled matter be directed to the undersigned.

Dated June 1, 2026.

Respectfully submitted,

VENABLE LLP
*Attorney for Experian Information Solutions, Inc.*
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone: (305) 349.2300
Facsimile: (305) 349.2310

By:  s./ Patrick T. Kalbac
         Patrick T. Kalbac
         Florida Bar No. 1011649
         ptkalbac@venable.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Ta-Sha Lavonne Hester, Trustee and Executrix
4320 Sunbeam Rd., Apt. 1021
Jacksonville, FL 32257
*Pro se plaintiff*

By: /s/ Patrick T. Kalbac
Patrick T. Kalbac
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone: (305) 349.2300
Facsimile: (305) 349.2310
Florida Bar No. 1011649
ptkalbac@venable.com