# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TRUSTEE AND EXECUTRI TA-SHA
LAVONNE HESTER, , *by and
through Ta-Sha Lavonne*,

           **Plaintiff**,

    **v.**

SOCIAL SECURITY
ADMINISTRATION, *et al.*

           **Defendants.**

Case no. 6:25-cv-01710-CEM-DCI

## MOTION TO WITHDRAW THE
## APPEARANCE OF GARY SONNENFELD

Pursuant to Local Rule 2.02, the undersigned, Gary Sonnenfeld, respectfully requests to withdraw as counsel for Defendant, Experian Information Solutions, Inc. ("Experian") in this matter. This case has been transferred to the law firm of Venable LLP representation and service as lead counsel. Experian will be represented by Patrick Thomas Kalbac of Venable LLP, who is admitted to this Court. A proposed Order granting the Motion to Withdraw is attached hereto as **Exhibit A.**

## **LOCAL RULE 2.02(c)(1)(B) CERTIFICATION**

The undersigned certifies that Experian is aware of the upcoming withdrawal, and that Experian consents.

*/s/ Gary Sonnenfeld*
Gary Sonnenfeld
Florida State Bar No. 53261

## **LOCAL RULE 3.01 (g) CERTIFICATION**

On June 9, 2026 and June 11, 2026, the movant attempted to confer with all parties of record electronic mail on withdrawal of Gary Sonnenfeld as counsel for Experian Information Solutions, Inc. The movant certifies that Equifax provided consent to the relief requested. The movant did not receive any response from Plaintiff or TransUnion, and the email belonging to Mr. Ragler is no longer working.

*/s/ Gary Sonnenfeld*
Gary Sonnenfeld
Florida State Bar No. 53261

2

Dated: June 12, 2026    Respectfully submitted,

           /s/ Gary Sonnenfeld
           Gary Sonnenfeld
           Florida State Bar No. 53261
           TROUTMAN PEPPER LOCKE LLP
           777 South Flagler Drive
           Suite 215, East Tower
           West Palm Beach, FL 33401
           Telephone: (305) 712-1572
           Facsimile: (561) 655-8719
           Email: gary.sonnenfeld@troutman.com

           Patrick Thomas Kalbac, (FBN 1011649)
           Venable LLP
           801 Brickell Avenue, Suite 1500
           Miami, FL 33131
           Telephone: (305) 349.2300
           Facsimile: (305) 349.2310
           Email: ptkalbac@venable.com


           *Counsel for Experian Information*
           *Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that I served a copy by U.S. Mail upon:

Ta-Sha Lavonne Hester
P.O. Box 680765
Orlando, FL 32868
*Pro se plaintiff*

*/s/ Gary Sonnenfeld*
Gary Sonnenfeld
Florida State Bar No. 53261

*Counsel for Experian Information
Solutions, Inc.*
